THERE ARE 3 PARTS OF EVIDENCE CONFESSION, OATH, & PLEA AGREEMENT

---



00001

The power of protection from AOL and eBay. Learn more

## Shipping, payment details and return policy

| Services Available | Service Transit Time* | Available to |
|---|---|---|
| US Postal Service Priority Mail® | Estimated delivery 2-3 days | United States only |
| US Postal Service Express Mail® | Overnight to many areas | United States only |

*Sellers are not responsible for service transit time. Transit times are provided by the carrier, exclude weekends and holidays, and may vary with package origin and destination, particularly during peak periods.

Cal
shi

yo
(

**Shipping insurance**
Not offered

Lea
calc
worl

91

### Payment methods accepted

- PayPal — VISA, AMEX, DISCOVER, eCHECK

Learn about payment methods.

## Ready to bid?

NEW EVIDENCE CONNECTING O.J. SIMPSON TO THE BLACK MAFIA

Item title: NEW EVIDENCE CONNECTING O.J. SIMPSON TO THE BLACK MAFIA

Starting bid: US $50.00

Your maximum bid: US $ [ ] (Enter US $50.00 **or more**)

[Place Bid >] You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.
Learn about bidding.

### What else can you do?

| Ask seller a question | Add to Calendar | Report this item | Printer Version | Email to a friend

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respect
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

92

ebay®

home | pay | register | sign out | site map

Buy | Sell | My eBay | Community | Help

Start new search | Search

Advanced Search

Java™ Technology | Powered by Sun

Back to My eBay    Listed in category: Entertainment Memorabilia > Other Memorabilia

# NEW EVIDENCE CONNECTING O.J. SIMPSON TO THE BLACK MAFIA

Item number: 190030784201

**You are signed in**

**This item is being tracked in My eBay** | Email to a friend | Printer Version

**Seller status: Your item has no bids. (To make changes to your listing, click the "Revise your item" link).**

Change your cross-promoted items
Revise your item
Promote your item
Sell a similar item

**Want to sell more quickly and efficiently?** Learn about how Turbo Lister can help you save time.

**Want to increase your listing's chances of success?** Use the Revise your item option to view personalized recommendations.

**Visits:** 00024



View larger picture

| | |
|---|---|
| Starting bid: | **US $9.95** Place Bid > |
| End time: | **18 mins 37 secs** (Sep-22-06 15:00:00 PDT) |
| Shipping costs: | Calculate |
| Ships to: | United States |
| Item location: | Macomb, IL, United States |
| History: | 0 bids |
| You can also: | **Watch this item** Get alerts via Text message, IM or Phone call Sell one like this |

## Meet the seller

Seller: newevidence06 ( 0 )
Member: since Nov-17-05 in United States

- Read feedback comments
- Ask seller a question
- Add to Favorite Sellers
- **View seller's other items**

## Buy safely

1. **Check the seller's reputation**
   No feedback reviews at this time
2. **Learn how you are protected**
   PayPal Shop without sharing your financial details Learn more

**Listing and payment details:** Show

**Description** (revised)

DUE TO GRANDMA'S DYING WISH, AN ORIGINAL SIGNATURE "ITEM" ACCOMPANY MY ACTUAL THUMBPRINT IN INK. BY CRIME BOSS HIMSELF, DESMOND MORELAND.

VIEWING PAGES 1 - 6 and 37 - 41 OF 64 PAGE CONFESSION

---

On Sep-22-06 at 14:14:36 PDT, seller added the following information:

THIS NEW EVIDENCE IS A CONSPIRACY PLOT TO MURDER CHRIS DARDEN.

---

**Select a picture**



94





00024

The power of protection from AOL and eBay. Learn more

## Shipping, payment details and return policy

**Ships to**
United States

| Services Available | Service Transit Time* | Available to |
| --- | --- | --- |
| US Postal Service Priority Mail® | Estimated delivery 2-3 days | United States only |
| US Postal Service Express Mail® | Overnight to many areas | United States only |

**Calculate shipping**

Enter your US ZIP Code: 61455

95

# EXHIBIT 9

96

Date:

Fr: Desmond M. Moreland, T24170
Calipatria State Prison
PO Box 5002
Calipatria, CA. 92233-5002

To: Hon. Sam Burick, Commissioner
Los Angeles Superior Court
210 West Temple Street, Dept. 100
Los Angeles, CA. 90012

Re: Petition for a Writ of Habeas Corpus--Case No.NA042601; (filed 8/8/06)

Dear Commissioner:

I write you this here letter, in concerns to the above writ which was received by the Court on August 4, 2006, from the Long Beach Superior Court,(See "Letter." from the Court, at page 2, and was filed on August 8, 2006. (See APPENDIX-A, at page 3). Enlight of California Rules of Court 4.551, more than thirty (30) days has elapsed since the time of filing. My concern is wondering if the Court is constructively denying the petition (as so I may move on to the federal court being that the state supreme court has already summarily denied such relief on / / (No.S145582)); or is it the Courts position to extend time to consider whether or not to order further hearings in this matter.

Commissioner, as you may know, I am deeply involved in organized crime. I want for you to know that it is ONLY my intention (if evidentuary hearings were ever ordered) to present testimony that would suggest were the money (approx. $200 thousand dollars) came from that I had in my possession the day I were arrested. My monies I acquire in crime consist of many sources; and in this particular case, Mr. O.J. Simpson; with regards to plot to kill (then) prosecutor Mr. Christopher Darden.

Commissioner, please let me know as soon as possible what the Court's intentions are.

Very truly yours,

Desmond M. Moreland

# EXHIBIT 10

CRIMINAL DIVISION
The Superior Court
LOS ANGELES, CALIFORNIA 90012

CLARA SHORTRIDGE FOLTZ
CRIMINAL JUSTICE CENTER
210 WEST TEMPLE STREET
(213) 974-1234

December 8, 2006

Desmond Moreland, #T24170
Calipatria State Prison
P.O. Box 5002, C5/223
Calipatria, CA 92233-5002

Dear Mr. Moreland :

This morning I received your letter dated December 3, 2006, asking about the status of your pending writ filed August 4, 2006. I must admit I thought it had been sent to Long Beach where it must be adjudicated because it involves trial issues. It will be sent there today, without fail. Also, you may expect an interview with an investigator from the Los Angeles District Attorney's Office very soon. I apologize for the slip-up and will try to do better in the future.

Very truly yours,

FOR THE SUPERVISING JUDGE

Sam Bubrick
Sam Bubrick
Superior Court Commissioner

SB/slr

# EXHIBIT 11

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 12/18/06

---

CASE NO. NA042601

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.
DEFENDANT 02: DESMOND MICHAEL MORELAND JR

---

INFORMATION FILED ON 11/20/00.

COUNT 01: 664-187(A) PC FEL - ATTEMPTED MURDER.
COUNT 02: 211 PC FEL - ROBBERY.

ON 12/08/06 AT 830 AM IN CENTRAL DISTRICT DEPT 100

CASE CALLED FOR JUDICIAL ACTION

PARTIES: STEVEN R. VANSICKLEN (JUDGE) JOSEPH PULIDO (CLERK)
NONE (REP) NONE (DDA)

DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

{NO LEGAL FILE}

ORDER RE: WRIT OF HABEAS CORPUS

THE COURT HAS READ AND CONSIDERED THE PETITION FOR A WRIT OF HABEAS CORPUS RECEIVED ON AUGUST 8, 2006.

THE ATTACHED WRIT PETITION POSSES A SENTENCING ISSUE IN A CASE PREVIOUSLY ASSIGNED IN A DEPARTMENT IN THE SOUTH DISTRICT. THE PETITION IS TRANSFERRED TO THE HONORABLE MARK C. KIM, SUPERVISING JUDGE, FOR REASSIGNMENT/ADJUDICATION.
{SUPERIOR COURT L.A. COUNTY, LOCAL RULES, RULE 6.32(A)/6.32(B)}

THE CLERK IS DIRECTED TO (1) FORWARD THE PETITION AND NOTICE OF THIS ORDER TO THE LONG BEACH COURTHOUSE, DEPARTMENT SO-J; AND (2) GIVE NOTICE TO ALL PARTIES.

THE COURT ORDER IS SIGNED AND FILED THIS DATE.

THE PETITION AND ORDER ARE SENT TO DEPARTMENT SO-J.LONG BEACH COURTHOUSE AND A TRUE COPY OF THIS MINUTE ORDER IS SENT TO



101

CASE NO. NA042601
DEF NO. 02

DATE PRINTED 12/18/06

PETITIONER VIA U.S. MAIL AS FOLLOWS:

DESMOND MORELAND
T-24170
CALIPATRIA STATE PRISON
P.O. BOX 5002
CALIPATRIA, CA 92233-5002

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

12/18/06

I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC MINUTE ORDER ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.

JOHN A. CLARKE , EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

BY ______________________________, DEPUTY

JOSEPH M. PULIDO, S.C.C.
233219

SUPERIOR COURT LOS ANGELES COUNTY
CALIFORNIA



JUDICIAL ACTION
HEARING DATE: 12/08/06

102

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp<br>CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br>DEC 18 2006<br>John A. Clarke, Executive Officer/Clerk<br>By ________, Deputy |
|---|---|
| COURTHOUSE ADDRESS:<br>Clara Shortridge Foltz Criminal Justice Center<br>210 West Temple Street<br>Los Angeles, CA 90012 | |
| PLAINTIFF/PETITIONER:<br>DESMOND MICHAEL MORELAND, JR. | |
| CLERK'S CERTIFICATE OF MAILING<br>CCP, § 1013(a)<br>Cal. Rules of Court, rule 2(a)(1) | CASE NUMBER:<br>NA042601-02 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served:

- ☐ Order Extending Time
- ☐ Order to Show Cause
- ☐ Order for Informal Response
- ☐ Order for Supplemental Pleading
- ☐ Order re: Request for Extension of Time
- ☐ Order Petition
- ☒ Order re: Writ of Habeas Corpus
- ☐ Copy of

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to the cause. I served this document by placing true copies in envelopes addressed as shown below and then by sealing and placing them for collection; stamping or metering with first-class, prepaid postage; and mailing on the date stated below, in the United States mail at Los Angeles County, California, following standard court practices.

December 18, 2006
DATED AND DEPOSITED

JOHN A. CLARKE, Executive Officer/Clerk

By: ________________, Clerk
Joseph M. Pulido

DESMOND M. MORELAND, JR.
T-24170
CALIPATRIA STATE PRISON
P.O. BOX 5002
CALIPATRIA, CA 92233-5002

103

# EXHIBIT 12

CDC 128-G

CDC #: T-24170
PS: 61 LEVEL: IV
WG/PG: A1-A EFF. 3/7/02

NAME: MORELAND
LWOP: LWOP
NEXT CLASSIFICATION: 8/06

HOUSING: C4-124U
CUSTODY: CLO-B
ASSIGNMENT: UNASSIGN

**ACTION: ANNUAL REVIEW: REDUCE P/S FROM 65 TO 61. RETAIN AT CAL-IV AND RE-AFFIRM CLO-B CUSTODY AND WG/PG A1/A EFFECTIVE 3/7/02. DOUBLE CELL APPROVED. NO MDO, MHSDS, DDP OR DPP ISSUES NOTED.**

Inmate Moreland case was reviewed in absentia before Facility C, UCC for the purpose of an Annual Review. Moreland was not in compliance with current CDC grooming standards. The review periods considered for this annual review were 8/1/04 through 7/31/05. Committee notes that Inmate Moreland is unassigned. Moreland has received no CDC-115's for disciplinary behavior during this annual review period. He has received no credit for satisfactory performance. His placement score has been reduced from 65 to 61. Moreland is to be commended for his positive program in this past year. After a review of all case factors, committee elects to reduce placement score from 65 to 61 and continue his present program. Inmate Moreland was originally endorsed to CAL-IV on 8/27/02. His current TB code is 22 per CDC-128 C dated 5/4/05. Inmate Moreland does not meet the MDO referral criteria. He is not a participant in the MHSDS, DDP, or the DPP. His GPL/Reading Score is 12.9. Moreland's case was reviewed for double cell housing and found suitable for double cell housing with no special conditions. There is no pervasive pattern of in cell violence or predatory behavior. CDC 840, 812, 127, 1882 and Minimum Screening forms are current. Inmate Moreland was an active participant in this committee and indicated he understood all the actions taken. He was advised of his right to appeal and that this Committee acts as his first level of appeal. His next annual review is scheduled for 8/06. There are no other concerns noted. (frs)

S.D. LEAPHEART, FC CHAIRPERSON

F. SHARPE, CCI (A) RECORDER

**Committee Members:** S.D. LEAPHEART, FC, J. MUDRA, CCII, F. SHARPE, CCI (A), D. STONE, SAI
**cc:** CCI, Inmate, and Central File
**Date:** 8/9/05

UNIT CLASSIFICATION COMMITTEE

**INST: CAL IV**

105

# EXHIBIT 13

LAS VEGAS SUN
Discount Hotel Rooms any city from $29 Choose a city Go

NEWS
SPORTS
WEATHER
OPINION
BUSINESS
CLASSIFIEDS
SUN LIFE

STORIES: ARCHIVE back to SEARCH RESULTS

Printable text version | Mail this to a friend

Search terms highlighted: Desmond Moreland

April 11, 1997

# Ex-coach accused of crime ties

## Eldorado football players, parents tell of money laundering, fraud

By James Yodice
LAS VEGAS SUN

vegas.com
showbiz
lv weekly
community
resorts

Win Tickets

Desmond Moreland, a 30-year-old who has spent time in more than a dozen correctional facilities, once told a SUN reporter, "I *am* organized crime."

Some football players at Eldorado High School allege that he is organizing crime in the Clark County School District.

Moreland, an admitted career criminal who said he'd been locked away in 13 different penal institutions, caused "lives to be in danger," one player said.

About a dozen Sundevil players gathered Wednesday afternoon off campus after school to protest Moreland's continued involvement in the school's football program. They are worried that his presence could have violent repercussions for innocent people.

Moreland, who allegedly has organized crime ties in California and Nevada, was an unpaid volunteer assistant coach at Eldorado for the 1994 and 1995 seasons, according to the Clark County School District office. The players allege that Moreland has recruited students not just at Eldorado but other high schools in Las Vegas to assist him in illegal activities.

"We can straighten all this out," Moreland said Thursday evening. "The scope of this goes pretty deep in Las

107

Vegas."

He would neither confirm nor deny he is currently involved in criminal activities.

Among the crimes Moreland is accused of committing by the players are money laundering and fraud. One player showed a SUN reporter negatives that allegedly were used to print and sell phony tickets to the Nov. 9 Mike Tyson-Evander Holyfield heavyweight bout at the MGM Grand.

Another player said he had counted "millions" of dollars while helping Moreland.

"I don't really question anything he does," said the player, who wished to remain anonymous. "I know he's in the Mafia, and I don't know what he'll do to me. But he took care of me."

Moreland was dismissed by Eldorado last summer after a background check on him was completed, the school district office said.

If the criminal allegations are true, Moreland would have been required to distance himself from any secondary education school in the district. Five players told the SUN that Moreland was present at many practices during the 1996 season, even staying after sometimes to help.

Three parents of players told the SUN they knew Moreland had direct contact with the program even after his firing. Two parents said they saw Moreland on the sidelines last fall during games. Another said Moreland sat in on a meeting involving her son -- a meeting she said she should have been invited to, but wasn't.

"I just want my son back," she said. "He's not the same person anymore."

Unpaid volunteer assistant coaches in Clark County were not subject to background searches until August 1995, which may explain why Moreland was able to coach for two seasons before being terminated. Full-time employees in Clark County have been undergoing background checks since 1988, and recently the district decided volunteers ought to be similarly researched.

But Moreland contended he was never subjected to the

108

routine finger-printing process (part of the district's policy for all full-time employees), or a background check. Moreland said the reason the school wanted him out was because Eldorado head football coach Ken Trujillo was threatened by Moreland's football knowledge.

"It wasn't about my dark background," Moreland contended. "They were fully aware of my background and so forth, but the reason they never messed around was because I knew the game."

Trujillo was unavailable for comment, and Eldorado Principal Tom Barbarini is refusing comment.

Eldorado players say they were told last week that Moreland had stashed guns underneath orange cones on the practice field last summer during workouts. None of the players said they saw the guns, but it was that information that precipitated the impromptu news conference Wednesday.

When asked about the gun allegation, Moreland said: "There was a very huge war going on with me and (student-athletes at the University of Southern California)."

He did not elaborate.

According to the five players who spoke to the SUN, most of the team was aware of Moreland's status. None of them said the entire team was aware.

"He was our coach, but what we didn't know was he was a big-time Mafia person in organized crime," said another player who didn't want his name published. "He put all of our lives in danger."

The players said they were disturbed because Eldorado administrators didn't do more to remove him.

"They never made an honest effort to get him out of here," one player said. "He was going to make the football program better, and that's all they cared about."

The office of Clark County District Attorney Stewart Bell said it had no record of an investigation regarding Moreland. In a written release, the school district said school police are investigating, "with assistance from other law enforcement agencies."

109

Printable text version | Mail this to a friend

Search terms highlighted: Desmond Moreland

Las Vegas SUN main page

**Questions or problems? Click here.**
**Read our policy on cookies and privacy. Click here.**

*All contents copyright 1997 and 2000 Las Vegas SUN, Inc.*

**Nevada's largest website**

# EXHIBIT 14

111

Submitted from a Los Angeles Times Super Investigation by
Reporter Elliott Almond and Assistant Managing Editor David Rosenweig

# THE SECRET UNDERWORLD file of Desmond Michael Moreland

featuring the college football scandal of the century



112

LOS ANGELES' ORGANIZED CRIMES

MILLION DOLLAR MAN

**FOR PUBLIC INFORMATION**: The Los Angeles Times has known about the contents of this text for some eight (8) months. The Los Angeles Times has even went to the degree of having a 2-1/2 hour interview with Mr. LeRoy Holt. (Organized crime influenced) record setting player at USC in the mid-80's, and Mr. Desmond Moreland, the organized crime boss himself. The Los Angeles Times even goes further and sent one of its assisting managing editors with LeRoy to Santa Monica Junior College, where he failed most of his classes to retrieve transcripts to prove the fact that Desmond Moreland's crime family practically owned LeRoy.

The book which had its release date of October 15, 1995, has already had a Public Notice for its coming. Saturday, October 7, 1995, at the Stardust Casino Racing Sportsbook in Las Vegas, live on the Stardust Line, 740 AM, Keno Sports Radio Talk Host, Seat Williams, was blown away along with all the game betting gamblers present of the book's content and Mr. Desmond Moreland's presence. For 30 minutes the western United States and some parts of Canada were held hostage.

Smiley Bookstore Company

All of the actual evidence, taped interviews, documents, etc., are all under safe lock and key, with the bookstore company's attorney at law.

113

# TABLE OF CONTENTS


| HEADING | PAGE |
|---|---|
| POLY GRAPH | Introduction |
| QUESTIONS AND ANSWERS | 1 |
| PHILOSOPHY OF DESMOND MICHAEL MORELAND | 15 |
| EXHIBITS | 28 |

Aplin Polygraph

THE ATRIUM
333 N. RANCHO DR., SUITE 838
LAS VEGAS, NEVADA 89108
(702) 647-0388

CONFIDENTIAL

Aplin Polygraph

THE ATRIUM
333 N. RANCHO DR., SUITE 838
LAS VEGAS, NEVADA 89108
(702) 847-0388

SPECIALIST IN
FORENSIC
POLYGRAPH EXAMINATIONS

File No. 950717

CONFIDENTIAL

Requestor: Mr. Desmond Moreland

Examinee: Moreland, Desmond Michael
Soc. Sec.: 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

Exam. Type: Multiple-Issue Zone Comparison
Exam. Date: July 17, 1995

The examinee appeared for a polygraph examination on the above date. A consent form, signed by the examinee, is incorporated as part of his laboratory file.

Under controlled laboratory conditions, a polygraph examination was subsequently administered to the examinee.

The purpose of the examination was to assess whether or not the examinee was responding deceptively in his responses to questions supplied by the examinee himself.

During the pre-test interview, the examinee stated that he is 28 years old, lives at 4508 Metpark Drive in Las Vegas, has resided in Southern Nevada for about 1 year, 1 month and has been employed by Economy Home Service for about 6 months.

The examinee also gave to this examiner a brief medical history wherein no conditions were noted to preclude testing.

During the course of the pre-test interview, the examinee stated that he had a list of questions that he wished to be examined about on the polygraph. He stated that he needed to verify these statements for other parties.

During our other portion of the pre-test interview the test questions were carefully reviewed with the examinee and the test procedures were explained to the examinee to his satisfaction.

116

All data were recorded from a thoracic/abdominal pneumograph, galvanic skin response and a cardiosphygmograph; incorporated into a Stoelting Model No. 20622 Polygraph. All instruments were subjected to their daily calibration and found to be operating within their normal limits.

It is to be noted that mankind has has at its disposition only

i.e., either by measurement or by classification. Measurement requires a measurement standard and classification requires unique criteria. Since no unique lie reaction is known to exist, no polygraph instruments can yield any objective classification as to the truth or deception of any response of any examinee for any type of examination. Similarly, since no measurement standard is known to exist for Multiple-Issue Zone Comparison Tests, no polygraph instruments can yield any objective measurement of the likelihood of truth or deception of any response of any examinee for this type of examination. The analysis and conclusions of this examination represent an expert opinion resulting from this examiner's experience and is based upon both a psychometric assessment derived from the polygraph charts and also a clinical assessment derived from the verbal and non-verbal behavioral responses of the examinee.

It is also to be noted that not every person reacts well on the polygraph. At any given time, a significant fraction of the population is unsuited for examination by polygraph instruments and will display erratic physiological responses on the charts. In roughly 10% of the Polygraph cases the records will be uninterpretable by even the most skilled examiner. In these cases, the results are inconclusive.

The Backster Exploratory-Phase Test was administered to the examinee in the psychometric assessment of examinee deception. This particular Multiple-Issue Zone Comparison Test comprised a structured listing of 9 questions, including the 3 relevant questions following:

43a Did Ted Tollner hire you to do Leroy Holt's transcript in 1988?
Response: "Yes".

44a Did you do transcripts for Dino Richardson in order for him to be accepted into Florida A&M University?
Response: "Yes".

45a Did you do transcripts for Harry Curry in order for him to be accepted into Western Michigan University?
Response: "Yes".

After careful analysis of the test polygrams from the examinee, no significant unresolved emotional responses were noted to relevant test questions 43a, 44a and 45a.

117

It is the subjective opinion of this examiner that no deception was indicated to relevant test questions 43a, 44a and 45a.

A second Backster Exploratory-Phase Test series was administered to the examinee in the psychometric assessment of examinee deception. This second Multiple-Issue Zone Comparison Test comprised a structured listing of 9 questions, including the 3 relevant questions following:

43b Do you have at present time about 300 athletes that you put into college?
Response: "Yes".

44b Are many of these athletes that you put into college going on to the Olympics?
Response: "Yes".

45b Did you, yourself directly sell stolen computers to a United States Presidential Campaign Headquarters?
Response: "No".

After careful analysis of the second series of test polygrams from the examinee, no significant unresolved emotional responses were noted to relevant test questions 43b, 44b and 45b.

It is the subjective opinion of this examiner that no deception was indicated to relevant test questions 43b, 44b and 45b.

The examinee proved to be willing and cooperative during the polygraph examination.

Should you have any questions regarding this examination, please feel free to contact me.

Charles Aplin

Charles Aplin
Polygraph Examiner
Licensed by the State of Nevada
Member:
American Polygraph Association
Nevada Polygraph Association (Past President)

118

[illegible]LIN POLYGRAPH
333 N. Rancho Dr., Suite 137
Las Vegas, NV 89106

WILL CALL

CONFIDENTIAL

Mr. Desmond Moreland
4508 Metpark Drive
Las Vegas, NV 89110

PERSONAL

119

# THE SECRET UNDERWORLD FILE
# OF
# DESMOND MICHAEL MORELAND

QUESTIONS AND ANSWER

# THE SECRET UNDERWORLD FILE OF DESMOND MICHAEL MORELAND

My name is Jamiel Shabazz, we're at an undisclosed location. Today's date is July 14, 1995.

Q.
Mr. Moreland, I have before me Exhibit A, which is an interview that was conducted from a Los Angeles Times super-investigator, reporter Elliot Allmond and Assisting Managing Editor, David Rosenwig.

Tell me, Mr. Moreland, what is the secret file?

A.
The secret file is a set of tapes, or if it was put on tape, a single tape, that consists of information, important information, dangerous information, information that I feel that people would consider supposed to stay secretive, being that I am involved with the line of work that I am. But it is information that is very important to society. Because the information that I hold is an example of our society's structure. And I think that it is very important that this information should be out there for all to evaluate so that changes can be made if necessary, and if not, so it be. But I know that I have a little nephew out there, I've got nieces and little cousins that are younger than I am and I think I owe it to their future to let this information be in their hands. That's what these files are. That's what the secret underworld files of Desmond Moreland are all about.

Q.
Mr. Moreland, the reporters for the Los Angeles Times were very interested in USC. Could you elaborate and tell me what was the controversy surrounding USC and what do you believe was their motive behind asking the myriad of questions concerning USC?

A.
Well, if I was to meet them on more of a darker basis, I would say their motive would be money. They are looking to become millionaires. But because we're dealing with this in the fashion we are, I know it was for the simple fact that this was probably and is most likely, and if you ask me it is, the biggest scandal of college history. And that is a fact that Ted Tollner, Head Coach at USC, back in 1988 hired organized crime in order to keep important athletes in school. If you look at Exhibit #2, page 3, you will see that in the fall semester of 1987, it has a little arrow pointed there and next to it you can see scribbled in, SP, which stands for Spring - USC for 1988; and next to it you'll see an SMCC, that stands for Santa Monica Community College. Okay, right above that for the fall semester of 1987, you see retention unsuccessful, which means that his intention to up his grades from the following semester weren't well, so now, next-to that you see "Readmission is required" -- that means he has to be readmitted

122

into school with his grades up. That means he is no longer in school. And then if you go to page 4, Exhibit 2, you will see on the bottom column, it says in general comments, "1/14/88 - Readmission Denied." That means that he was kicked out of school, January 14, 1988. So, now if you go back to page 3 of Exhibit #2, you see that it says, "Readmission Required" that fall of 1987 -- that's why he took off and went to SMCC to make his grades up.

Now you go to Exhibit #3, you're going to see Exhibit #3, Part II, you're going to see the SMCC transcripts -- those are his grades. And if you look at Spring of '88, you'll see that History 16, which is African-American History, he withdrew that class, and underneath that you see Modern Far East, which is a Political Science, he has an "F" and you will see that Political Science #1, American Government, he has an "F." Then if you go down to summer of '88, you will see that he had History I in which he got an "A" and if you go down to the bottom of that you will see that he has an overall GPA of 1.5, okay? Practically a fail average.

Then you go back to Exhibit #2, page 3, then you see that fall semester of 1988 he is readmitted in the class after the submission of the Santa Monica transcripts. So he submitted the transcripts and he was readmitted. And the thing that makes it so astonishing is that how was he readmitted on failing grades? Well, he wasn't. He was readmitted on the transcripts that I was hired to produce.

Q.
Mr. Moreland, please explain to me and to the audience... you're making some outrageous accusations against a prestigious school, a well respected and well known coach, Mr. Tollner. Can you prove these allegations that you are making against this particular school and this particular coach?

A.
Right. These exhibits here that are laid out for you, in the pamphlet are actual documents and they have been copied. If you were to go to Exhibit #4, you would see that on Exhibit #4, on Part III, you will see that it is a message that was typed in by Elliot Allond. It says, "Desmond, I have received your latest calls. I am so sorry about this, but David Rosenwig is sick and has not been in all this week. As I mentioned the last time we talked, this was a week in which I was going to be out of the office, because I am covering a swimming meet, so I didn't realize until now that David did not fax you this information. I have just found it and here it is. Again, I want to apologize for taking so long in making you wait. We do need to keep the originals for our work. If not, we would have a problem with our attorneys. We need to show them originals so they won't think they are forged copies. Thank you. I hope all is well. Elliott Allond."

123

You also got to understand that David Rosenwig, who is assistant managing editor of

the L.A. Times, went with LeRoy Holt to Santa Monica College to actually get the transcripts. He wouldn't miss the process of the transcripts being asked for and retrieved from the office of records. So, what you are actually seeing is all of our copies of actual documents. Okay? This is real information. So, no, I'm not worried about these accusations, because what I do is real. That's why I am who I am and what you're seeing here is the proof, no if's, and's or but's about it. If you go to Exhibit #2 and go to the front page, you're going to see that at the bottom, in your left hand corner, Graduation Councilman, David Robinson... Okay, all these writings are in his signature. That's his handwriting right there and if it was ever to be questioned, it could be proven. So, no. I'm not worried about making these accusations -- not even against a prestigious school like USC.

Q.
So Desmond, you're telling me that Ted Tollner, powerful coach at USC did not have someone, or couldn't do it himself, or pull any strings to get certain players that he desired to play for his school?

A.
No. You're right! He could not do that. The reason why is because right now college sports is controlled by politics and politics are numbers. And a coach is only one -- not numbers. So, in other words, no coach is willing to risk their career to take on the numbers. The numbers are the fans who pay to come see the games. The numbers are the people who buy these magazines and read them. The numbers are the number of magazines that actually print the story. No. No one coach is willing to take on the numbers, and the numbers are the politics. What happens is most coaches reach out to a third party. Not a second party -- that's too close to them. They need a second party to find a third party, and that third party would be the "fall guy." In this case, Ted Tollner reached out to organized crime and organized crime took care of Ted Tollner and USC. And USC went on to have successful years, winning championships year after year... going on to a few Rose Bowls even when he won. Yeah! Organized crime stepped in and they took care of USC!

Q.
Desmond, you mentioned organized crime and most people have a picture of organized crime as crime bosses, the mafia and things of that nature... Could you tell me, how many people were involved in this scandal at USC and what were some of the other people and players that you had contact with and some of the other things that you did for this particular university?

A.
First of all, let's clarify one thing. Let's get one thing straight. Okay. I just finished four years -- two years in state prison -- two years in federal prison. Okay, my records and transcripts and court documents show that I would do ten years to life

before I tell on anyone or anything, whether its dead or alive. This whole story in the secret file of Desmond Moreland was to come about because people in my organization have agreed with my philosophy that certain information needs to be leaked out from my life in order to help reform society. That's the only reason this file has been created. Okay, dealing with the institutions, the schools and the players... as far as the players are concerned, they agreed with the story and that's why only a few players and their situations will be used as true examples with facts to back it and names that are the real names. As far as the coaches at these places, where they are going to be the victims in this case. Most of them didn't pay me my money anyway and they are in debt. So, I had indebted anyway. So, as long as that is understood, understand that when you don't get all that you want from me in this interview. Just as the L.A. Times did. Okay, the other people that are involved in USC, no other athletes, only LeRoy Holt has agreed with my terms. However, Coach Larry Smith, who took over USC's head coach position when Ted Tollner left was also in on this. Larry Smith knew very well that LeRoy Holt's transcripts were fraudulent, he knew much of myself and when he took over the head coach's position which was a year later, he requested another copy of LeRoy's transcripts. Whereas you know that when any transcripts are submitted to a university, they go into a permanent record, or a permanent file. There is no need for another copy of transcripts mainly a year later, and then again, they wouldn't be asked for by a head coach. So that within itself is straight guilt. And I was pretty surprised about that because I didn't think that the information would be passed on to another coach stepping in. What really caught me off guard was because I knew that when I redid those transcripts, that those transcripts had to be done identically to the ones that I did the first time. So it was a challenge for me because I never thought that I would have to redo this information and I didn't maintain a file on LeRoy in my office, for the simple fact that LeRoy wasn't a constant client. This was a different kind of situation.

So, that's as far as information went as far as USC is concerned, and as far as the players, I will bring out to your attention regarding this interview and any other interview in the future.

Q.
So, Desmond, tell me, you mentioned only one player from USC that agreed with you of the statements that you made in regards to him. But you withhold information concerning other players. Did this type of activity spread to other universities throughout the United States? Did you have contact with other programs and coaches and things of that nature.

A.
My organization infiltrated NCAA. My organization organized crimes, other than myself. I'm working as crimes because I'm criminal activity it's underground and is definitely organized. But, when I mentioned the other organized crime figures I'm

125

talking about organized crime as you know it -- as the public knows it -- mafia, drugs, pimping, gambling, okay? I Infiltrated, NCAA, in order for organized crime to control games, so yes... it definitely -- went out to the schools -- it went out to many schools. It went out to practically all of the schools. My virus spreaded like AIDS, and its a damn shame, but business is business. Now let's see what we're going to do about it.

Q.
Bearing that in mind, what you just said, can you name any program or any other players throughout the United States that agree with you along the lines of releasing their names and statements?

A.
There's actually two other schools in which the athletes have agreed with my philosophy and are willing to let their information be released. One case is an athlete by the name of Harry Curry. He is an athlete out of Banning High School. He graduated in 1984. Banning High School here in Wilmington. Harry's grades weren't up to par at Banning High School -- I believe he had something like a "D" average. It doesn't mean he was dumb or anything, it just means his mind was occupied on other things and he wasn't one to study quite as hard as he was supposed to. Anyhow, he went on to El Camino Junior College here in the Torrance area to make his grades up and that didn't go that well either. However, Harry Curry was a starting fre-safety at Western Michigan the year after. So here we go again. Our organization reached out and touched someone.

Another example was Dino Richardson. Dino Richardson also went to Banning High School here in Wilmington, in Los Angeles. Dino never took the S.A.T. test or the A.C.T. test. Dino also had a "D" average out of Banning High School. Dino was also accepted with no problem into Florida A&M. And when he was accepted to Florida A&M he was accepted with an S.A.T. test and he was accepted with transcripts from Banning High School to show that he was an above average student. Here goes another example where my organization reached out and touched someone. Those are just examples of me dealing with people at the college level. Let's go back to high school. When we go to high school, I'm going to use myself. Okay, I want you to prepare yourself for what I'm going to tell you.

126

After myself in my professional situation, where you got to understand I went to USC, I went on to Long Beach State, I went on to Purdue University. I signed my first Pro Contract in 1986 with the Edmonton Eskimos. I went on to the NFL draft in 1988. One of the top picks in the supplemental draft. After certain terms came into my life that hampered me from going on to the NFL, lead to me going on into organized crime. One thing that I could do for people is put them back in high school. And there was a situation where some people wanted to go back to high school, and they couldn't

believe it could be done. And I charged $1,000 a piece to do this. They were sort of skeptical at first, but I told them to give me the money and it would be done. I always received the money up front. And they were sort of hesitant about doing it, because they couldn't believe this could really happen. So what I did do, I said, "I'll tell you what, give me a number and I'll get back with you." Well, when I got back with them, my information, directions to them were to go to the Centennial High School football game. Centennial is in Compton, California. I told them they are going to be playing the school, the North Torrance and play it at Centennial. This was in 1989. They went to that game. They watched that game. When the game was over I met them. When I met them, their mouths fell apart. Because when they looked at me they saw me in a Centennial uniform. I put myself back in high school and played the last three games of Centennial's football year. Then I checked back out. In other words, what I'm saying is, I infiltrated sports altogether. The game was mine. The game was mine!

Q.
Mr. Moreland, this is very... how could I say... very hard to believe. I have in front of me three exhibits. Exhibit #5 is the Daily Breeze, Sunday, March 15, 1987, by a sports writer, Rob Fernas. He speaks of you signing a co-contract at the age of 19. I also have a document, Exhibit #6, of the Los Angeles Times dated July 6, 1988 which speaks of you signing your pro-contract, the NFL supplemental draft. I also have here Exhibit #7... "Moreland among the 17 players in the NFL Supplemental Draft." Are you telling me sir, that you were one of the greatest Quarterbacks to come out of high school who competed and some say, beat out Rod Woodson at Purdue, who is considered even to this day, one of the greatest Quarterbacks to play high school, college and pro. Are you saying to me sir, that you would jeopardize all of that and go back and play high school sports?

A.
Right! Like you said, jeopardize that. It depends on how you look at it. You can say jeopardize that and it could be an embarrassment. Hey Desmond, you were all of everything in football and you went back to high school? Or you can say... wait a minute, here is a guy who is all of that and no one knew he was back in high school. Then what makes it even more dangerous is that when you think about the intentions. Just think if I was on the opposite end of my organization and I was put there with all my skills and ability, do you think I couldn't control any game I wanted? I could allow the amount of touchdowns, I could make the amount of touchdowns I want. I could run away from any athlete and score at any time I wanted to. Also, I had scholarships available to me. Now what if I had took one of the scholarships? Now, I have set a foundation of a high school, health record, now I'm going to college. Is that harder to resurface up my illegal doings of me actually being who I really was. So now I'm in college on a scholarship and I'm all controlled by organized crime. Do you see how dangerous that could be? It depends on how you look at it. As a better and a gambler,

127

you would love me to death. As a matter of fact you'd love me so much you'd be willing to open up your bank account to me. And that's what most gamblers did. They loved my organized crime organization.

Q.
Desmond. I need to know as well as the public in general, do you believe and do you have an inside track into what is going on in sports throughout the United States... I'm talking about basketball, football and baseball. Is this type of thing something of the past. Has the NCAA and different officials gotten together to put into motion laws that will prohibit this type of activity? Could you give me some information on your views and the proof and the inside track that you have about sports -- professional, collegiate, high school sports overall. Could you give us the inside track?

A.
Is it still going on? Do I have insight? Can this thing be stopped? Has it been stopped? I'm the best at what I do. That's why I've never been caught. That's why the only reason you're getting this information now is because I'm willingly opening up my file to inform society, so society can reform itself. Okay? Has it been done? Hell yeah, its been done. As you can see. I presented all the facts and all the evidence and everything is supported and backed by the L.A. Times, newspaper articles, and documents that are on their files as well as documents that are located in different institutions that were mentioned.

Me putting myself back in high school. I went back to high school in Centennial under Deshone Carrington. Okay? Deshone Carrington -- if you go back and get the files at Centennial High School, you'll see that Deshone Carrington has no past. You'll also see that all those health records that are presented have no existence. You will also see that Deshone came into that school during football season and then mysteriously left and you will see that there's no other school in America where he had rechecked in at any school. You'll also see that his identification, California identification, was just gotten previously before attending that school. You open up the year book you'll see Deshone Carrington in there posing in a football uniform holding a ball, because he was now an outstanding athlete.

Also, this information is backed by L.A. Times stories that were ran on the football games and my performance. So, yeah. This thing is real and no it can't be stopped. Its too late to stop it. And when I say too late to stop it, I'm not talking about this as something that everybody else is doing, but I mean its too late to stop it as the damage has already been done. I have, as I told the L.A. Times and I'm going to reconfirm right now, I have over 300 athletes that I've put in different colleges across the United States. In some cases, because of transfer, they even stretched out across other continents. I have over 300 athletes in school. Some are there with good intentions. They're there just for study, some of them are just students, but then 128

there are the athletes, and there are organized crime figures who control these athletes.

No. These institutions and NCAA does not control sports. Organized crime controls sports and they control them through the people I put there for them. See, there's a big difference. It used to be where an athlete was at a school and then organized crime would touch it. It would come around, pull some money and say, player, listen. How would you like to get a new car, all you've got to do is blow some games for me here and there and miss a couple of baskets or throw a few interceptions or fumble a couple footballs. It used to be like that and the players would be sort of skeptical. They come to college with good intentions, they want to do good, but then they need some money, maybe they'd do it or maybe they'd start feeling bad after awhile and they'd probably end up giving up the information or telling a friend. That's different from my case. With my case we got athletes that are on the street that are 28 years old, they're in good shape, play basketball every day at the parks, run up and down the street every day. However, they didn't have breaks go the right way for them. So, they're stuck on the street. They need money, So what happens is I hunt down these athletes using my skill eye for talent. These athletes are candidates for organized crime. Operations. And their part in operation would be to receive a payroll of an average $60,000 a year. And what they would do for that $60,000 a year is they would check back into high school at which time they would be given a scholarship and they will go on to these schools. When they're at these schools they are there for the purpose of organized crime. They understand this going in. They're not in college to win a Rosebowl, they're not in college to win a NCAA Championship, they're not in college with intentions of going pro. They're there because they want to make $60,000 a year. And, because they're making $60,000 a year, organized crime controls them. And when they're told to fumble that ball within the 10 yard line, they're going to fumble. And when they're told to throw an interception, within their own 20-yard line, they're going to throw it. And when that punt returner receives that punt, and he lets the ball go all the way back to the 5-yard line, then he picks it up and then he fumbles it, its because he was told to do that. No. You can't stop it. Its too late. And its even spreading more. And I'm looking for it to the Olympics, because a lot of track stars were controlled by some figures that I put there and I'm looking to see how they are going to do in these track meets.

See, a lot of gambling, people don't understand isn't done just in Vegas. The big money is made in underground casinos. Its made where when you win the "big money" there's no IRS agent there to sit there and take down your social security number. That's where the money's made at. Not in Las Vegas. Not in Atlantic City. Its made in the underworld. Big gambling - big money. And a lot of the gambling isn't all winning and losing. A lot of the gambling is betting on the odds for fumbles, interceptions perhalf, and whoever has the insight, the connection, is winning. I was everybody's connection. I was the middle man. I was Los Angeles' organized crime

129

million dollar man.

Q.
Desmond. So far the information that you have given us has been mind boggling. In 1996, in Atlanta, the Olympics are coming up. City officials are excited, people are excited. Do you mean to say that even something as powerful as the Olympics is tainted? Do you have any proof?

A.
Well. What proof are you looking for? As you know, who goes to the Olympics? The best college athletes. And who are your best college athletes. Well apparently if people are put in situations to control games, then they must be the people that are the differing factor. So those are the people who's going to the Olympics. So, I'm telling you that when the Olympics come around, the Olympics are controlled. And, I'm real excited, because I mean even though I know this is corrupt, you might consider this as a sick way of thinking. But, I gave birth to this and I want to see it grow. Its like my baby. Even though I know my baby's a killer, you still love you baby. And I'm excited, because this is my first Olympics. This is the first time my people will be eligible for the Olympics. The people that I birthed into the NCAA underworld. I'm looking very forward to it. And I'm telling you right now. Don't bet on none of the meets. Don't bet on none of the meets!

Q.
What do you mean about, that this is your first Olympics?

A.
Well what I mean is that since I started putting people in college, it has been at the last Olympics, meaning that they are not qualified until this Olympics. And that this will be the first birthing of my people that I have put in the Olympics. That's what I'm getting at.

Q.
This is hard to digest, to understand. I mean this... THE OLYMPICS... something that is considered by most men as "sacred." A "Golden Opportunity" -- "The Gold Medal" -- is honored and cherished in America and for you to talk about your people being eligible the first time to partake in the Olympics, this is very, very hard to understand.

A.
Yeah, I know. But I tell you what. I can make you a million dollars overnight.

Q.
So Desmond, tell me, are you worried about the people that you have lined up to be in

130

the 1996 Olympics being exposed, because of you unleashing this information in the undercover files of Desmond Michael Moreland?

A.
No. I'm not worried about them at all. I'm not worried about them being surfaced. My people that hired me to do this service aren't worried about them being surfaced, because my work is good. As a matter of fact, I'll use for example myself. Back in 1989 I was arrested on charges of counterfeit currency. I was arrested under "Desmond Johnson" -- my name is Desmond Michael Moreland and has been that since I was born. But I have a real social security card that my operation, organization has tended to. I went in to jail as Desmond Johnson, with a Desmond Johnson driver's license, I went in and did my time and got out as Desmond Johnson. So, no. I'm not worried about them.

Q.
I have before me here two exhibits. Exhibit #8 which states, "On November the 20th, 1989, before the Honorable Manuel L. Real, the defendant, Desmond Johnson, pleaded guilty to Count 2 of a 3 count indictment." Also, Exhibit #9 states, "Record checks with the following agencies reveal no prior record of arrest or conviction. The Federal Bureau of Investigation (FBI), California Bureau of Criminal Identification and Information, California Law Enforcement Telecommunications Systems, Los Angeles Police Department, The Los Angeles County Sheriff's Office, and the California Department of Motor Vehicles." What do you have to say about this information?

A.
Well, I think it speaks for itself. As you see I have no criminal record. At the time that I was sentenced under Desmond Johnson in 1989. However, I'd done time in L.A. County Jail for felony and receiving stolen goods back in 1985. In other words, what it says is that my work is good. And my work is real. And if I can go all the way through the United States Prison System on an arrest that was served by the United States Secret Service, now you understand, the U.S. Secret Service, that's who protects the president. Their agency does. I went through their agency and came right out smiling. Yeah. I was smiling because my work works. I infiltrated the United States system physically. Yeah. No, I'm not worried. And like I said, I'm going to sit back in my big screen and watch the Olympics and I'm going to enjoy.

Q.
You touched on the Secret Service and the fact that they secure the president, are you saying the FBI is sloppy -- the Federal Bureau of Investigation that has had a history of protecting top, political and politicians in the U.S.? Is it your statement that you were able to pull the wig, or the eyes over the Federal Bureau of Investigation?

131

A.

No. You know what I really want to say? Because that's said and done. But I want to say this, "The F.B.I., the Secret Service, the D.A., are corrupt. Now I'm really opening up my file, okay? Because of my status, because of my involvement with the powerful alumni, at every university across this country. We know who the alumni are. The alumni's that matter are the people that own the corporations. The alumni's are the politicians. Every politician comes from a university and every politician that is anything of any clout, have political clout, or they have financial clout. And that means they are going to be actively involved with the institution. So, these are the people that I deal with. And I'm telling you first hand, that the United States Government and basically its law enforcement officials are corrupt.

Let me give you an example. Okay? I actually witnessed this, okay? There is a big drug dealer, okay? He came out of Compton. This drug dealer was big time, I mean he's a millionaire in his game and he had people killed. He had hit men that worked for me. He had lieutenants that ran his organization so it would be as if he had nothing to do with the daily affairs of his operation. When he got busted he couldn't handle doing time. The D.E.A. comes to this guy and says, "Hey, listen, this is the deal. We're going to give you twenty years. But this is the catch. All you have to do is five years locked up and the other fifteen years you're going to do on the street force. All we want you to do is in return for those other 15 years, bring us one person for every year that is of equal status of you, or bigger. In other words, you bring us 15 guys, you knock off 15 years." But that's not the catch -- the catch is this. This guy gets to do any and everything he always did. He gets to sell more drug, he gets to shoot and kill people, he gets to move guns and he does everything with immunity because it is in the realm of justice, as they say. Because this was needed to catch these other people. Then when they catch the other people, 90% of them get locked up, the other 10% get cut the same deal. But these guys are allowed to move more drug and they get richer. Cuz they don't tell them they can't make money, they tell them to go out there and handle their business. Its unreal. They get to shoot and kills people. Its unreal. But this is the justice that you're paying for. Its corrupt. It is un-fucking real. And that's why I don't give a fuck about what the hell law enforcement or this crazy ass government thinks about me.

Q.
Desmond, tell me. Do you have any hard core evidence, documents, anything of that nature to prove these allegations that you are alleging against the United States government and her different agencies?

A.
Yeah. As a matter of fact, I do. I'll tell you what. If you go to Exhibit #10, you're going to see that this is a letter from the United States Department of Justice Federal Prison, Metropolitan Detention Center in Los Angeles. Okay? This is from the Warden's office and inside you'll see the warden's signature. Warden Seifert. In this

132

letter, dated November 12, 1992, to Mr. Desmond Johnson, because again they didn't know who Desmond Michael Moreland was, you see that this is in response to your request to staff member, dated October 28, 1992., in which you claim the Inmate's System's Department, which is a part of the prison that handles inmates when they are going in and out of court, okay? The Inmate Systems Department has misplaced your legal material and personal property. Your empty envelopes were thrown into the trash can as staff did not associate them as legal mail. Once you inquired about them, they were retrieved from the trash and returned to you. Now listen. Why am I going to have empty envelopes with me? And if they weren't legal documents, why would they be given back? So, if they were given back, that means they were legal mail and why am I going to have legal mail with no letters in them? What happened to my legal mail? And then, this goes on to show how corrupt they really are. In my state case, which was handled in 1990, I was my own attorney. I was in pro persona. Being my own attorney that means that I held all my actual evidence. Evidence that would be used for me to fight my case on appeals or so forth. I couldn't go to an attorney and say, can you give me the evidence. I was my own attorney and I had my own evidence. These are the documents... these are the evidence that they are throwing in the trash. They had created the biggest fraud of all. We all know the attorney privileges. That means a government agency cannot tap the attorney's phone, they cannot go through no attorney's bag and so forth. Okay? Well now you see what was done with me. They threw away documents that kept me from being able to fight an appeal.

Now, if you further read, you will see that on the next paragraph, it says your property was returned to he State of California because it was mailed to a name other than yours. Now listen! If there was mail to a name other than mine, then how would it come from the State Prison to this particular Federal Prison where I was at. And how would they know to come to me with the fact that it was my stuff if they didn't know it was mind? That package of information had a lot of my caseload in it and information relating to these files were in there and they have never been returned yet. They're gone forever. These are the conspiracies by our government to suppress and oppress organizations, operations and people.

Now, let me give you some information about character slander. Let's go to Exhibit #11, I think its listed. This right here is the State of California Rules Violation Report. And in my state prison I was inmate H#11588 and my name was Desmond Chase. That was the name that I was incarcerated under. That was my alias at the time. If you read here under the circumstances it says here that "at approximately 19:10 hours on December 30 of 1991, while performing my duty as a Building 650 Floor Officer, that's one of the buildings at the state prison at Avenal, I was approached by a confidential inmate informant. This inmate informed me that inmate Chase, H#11588, bed #652, 32-low, was beginning to recruit other black inmates to form a black militant uprising against white inmates in Building 650. Inmate Chase has stated that while

133

he was doing federal time, the blacks had run the show and with the militant black uprising, they would do the same here. With this uprising, they would control Building 650 and do what they wanted to do and no one would stop them. This right here is complete character slander. And this is how information gets filed on people that is used to hold people down to keep them from becoming popular in society, and whatever other realms of life they decide to go into. For one thing, I have never been prejudiced in my life and most of the people that I do business with are from many colors. I mean I do business with rainbows, okay? And now all of a sudden I go to prison and I hate them. Well, because they didn't do their homework before trying to set me up, let's go to Exhibit #12. And if you read all the way through, all three parts of that exhibit, you will see that before, two years before, no approximately a year before, I made it to Avenal State Prison, down in the Long Beach courthouse, a situation happened in which a black inmate was beating up a white inmate. Now, this prejudice guy that I am, I come to represent all the inmates on behalf of this white inmate, because this white inmate was wrongfully handled, however, the domino affect that came after that was even more in itself, because the sheriff officer's come in there and ask everyone who is not black to stand up and leave. Now this was after taking out the white guy and black guy that was fighting. When they asked everyone who was not black to stand up and leave, one Mexican guy said, "Who, me too?" And the officer said, "Yeah, you, you're not black are you?" So this guy stood up and they came out with chains about 10 minutes later and chained us all up in the formation that you will see as reading through that report. I represented all the inmates as well as the white inmate to Captain Jerry Conklin of Internal Affairs Division in Los Angeles. Okay? In other words what I'm trying to say is that all of sudden now I'm coming to the back of a white inmate, but then, I'm prejudiced as hell. Okay? It doesn't make sense. And then you will see that the case had no weight because when you go down to the hearing, I give the reasons for what I was doing. All I was running was the political game. That was the only thing that I could think they meant me as trying to recruit some people. And then look what they're finding. Found: Guilty Per Staff Report. Now, do you know what Guilty Per Staff Report means? That means that they need no evidence. All they need is whatever the officer writes on a piece of paper. Now, tell me what that means. As a matter of fact, put this in our society out here in the streets and sit there and say that the officer said he saw you shoot somebody, he could write it on a piece of paper. If no evidence is found, then they can say that because the officer wrote that on a piece of paper, then you're guilty. Those are the laws that we are bound to in prison and that is the harassment that we are under and that's why people go to prison and never come out, or people go to prison and come out worse than they are. Because of these intimidating tactics that they do to just blow the population apart. Now, look at my disposition. Okay. It was reduced to an administrative level in the interest of justice. That means there was nothing. So what they will do is reduce it to an administrative level, meaning I can't get in no real trouble and then they give me 40 hours of extra duty.

134

All this was an attempt to slash my character. I guess someone somewhere had a feeling that the secret underworld files of Desmond Michael Moreland were coming out. Maybe someone was reading the reports I had started writing on when I was in State Prison. Maybe that's why those reports and my information got stolen on my way to Federal Prison. The one that my warden in federal prison in Exhibit #10 said got sent back because they didn't know it was for me.

Real fucked up, isn't it... getting kinda hectic.

Q.
Mr. Moreland, through my own investigation I found out that you had a hand in a presidential election. This is for a young man of yourself, particularly a young black man. This is hard and very, very profound and you were dealing in some very powerful circumstances and very dangerous circles. Could you elaborate on what actually took place?

A.
I'm going to be quick and hard with this. I believe it was 1987, the Xerox Company in Compton, one of the biggest heist, over $3MM of computers was wiped out from Xerox right underneath their nose. It is an unsolved case to this day. We heard Xerox wiped them out... I sent my people in and got the hell up out of there. The computers had to be moved. They had buyers already, but why not? President Bush was running for re-election and I smothered his re-election campaign office with those stolen computers. What happened is one of the computers broke down and they took it to Xerox to get it fixed and as they go to Xerox to get fixed, they are inventoried in. When they took those computers up there, they inventoried them in, they said, "Hey, these computers are already here." And they're going to share kicking in the door at President Bush's Los Angeles based election campaign office in the South Bay area. Yeah. I didn't like him as a president anyway. I'm for the Democrats.

Q.
Man that's some deep stuff right there. That's... goddamn, that is real deep right there. This is Jamiel Shabazz closing this segment of the interview.

# PHILOSOPHY

## SECOND SEGMENT: PHILOSOPHY OF DESMOND MICHAEL MORELAND

Q.
This second segment we would like to get up into the philosophy and mind of Desmond Moreland. We would like to share our outlooks on life, war, religion, politics -- just an overall perspective of some of the things and thoughts about things that are going on in the world today. For those that are listening, I guess many, many questions come into our mind, so I would like to at this time, give Desmond an opportunity to express some of his views on many of the things that are going on in the world.

A.
Yeah. I guess right now we could start out with the prison. Because that is one of the focusing things. And that is that.... listen, I have to say this. We are so anxious to throw someone in prison, we are so anxious to sit there and say, they need to go to prison to be punished. They don't need no television, they don't need to get candy from the store, they don't need to read books. They sit there and talk on the phone like they're at home. They don't need none of these things. But hey. Don't you know that you don't give people life in prison for everything they do and that these people are coming home and then when they come home and when they sit there and break in your house, and cut your head off, then what do you got to say? Right before they do it, you going to look them in the eye and say, "Why are you so angry? Why are you doing this?" But these are the people that you want to be punished so hard, you don't want them to be rehabilitated, you want them to come out and follow your little daughter to the store and then you want to find her over in a lake somewhere where her legs are cut off and her arms thrown into some trees somewhere, and her eyes floating in the water. And then you want to find out what can make a monster do this. But you want them to go to prison to be punished. You don't want rehabilitation. Well, if you don't want that, I'm just saying, people, be ready to deal with the consequences and be ready for that person to come front you face-to-face. And that's what I have a problem with. How ignorant we are and we're so out to sit there and try to blame somebody and lock them up.

Q.
Desmond, what would be your advice to a high school sports player, collegiate, or pro-athlete, who is approached by someone from the "underworld" to throw a game? What would be your advice or what would you say to that person who is in that situation?

A.
What I would say to that person is... well if I'm not the underworld figure, I would tell that person if he's already in school, I would say, you don't want to be controlled like that, because once you start receiving that money, your life is there's. They have legitimate reason to kill you if you don't respond to their wishes.

Q.
Well, bearing that in mind, and the question that you answered, it all depends on what position that you are in. However, dealing with the different systems and government agencies in the United States, what would you say to some of these wardens who are doing some of these unscrupulous things. What would be some of your advice or just a statement in general to these different wardens who are running these different correctional institutions?

A.
First you gotta understand the politics of it. All these wardens here, its not a matter of telling them something and getting them to start feeling something for an inmate, but to become a warden, you have to be someone who hasn't really done nothing in your life and never been caught for anything. And what happens is that once they reach that political realm of being a warden for a prison, they consider themselves a purity. They consider themselves the "white sheep." They consider themselves the "holy ghost." In other words, they are free of darkness and they don't want to listen to that. They are the other side, completely opposite of you. And if you are not them, then you are dirt and you deserve to be locked up. It is no rationalizing with them. The only thing that is going to wake them up is for them to be put on the other side. And once that happens then they wake up.

Let me give you an example. I had done a time with Charles Keating, okay? And we were on the same floor together, we were right there next to each other, cells right across from each other at MDC Los Angeles, the federal prison downtown. And Charles Keating said, "Hey, you know what Desmond? I would never, ever give another dime back in any political campaign about law enforcement and about the... to push for harsher synthesizing on inmates. This is unreal. I would never have known, if this hadn't happened to me, how corrupt the system is." And those were his exact words and that's the reason why he said that. He's not just saying that he's innocent. He wasn't sitting here saying he deserved what was happening to him. What he was saying was that there is such a thing as "justified punishment." That means that if you get caught speeding you don't get charged for hit and run. It means that if you hit somebody in the face, you don't get charged for stabbing somebody in the back. And that's what people don't understand. When a person goes to prison, he goes to prison for a crime he did. Justified punishment. You don't sit there and say just because a person hits somebody in the head they're supposed to get "life." They don't get life, they get charged for what they did -- they hit somebody in the head.

138

And when we start letting these laws fly off by saying, "Hey, if a person did this, he's going to eventually do that." Then that means that if you get caught speeding, then eventually you're going to be somebody who's going to hit somebody and kill them. So, if you get caught speeding, you should go ahead and get charged for hitting somebody and killing them. Its a long disease that is caught up in the system and the system is becoming more and more deadly and is turning on more and more criminals and the wardens are sitting right on top of the ships. They're all a part of it. Its their fault.

Q.
Bear in mind that you have maybe fortunately and unfortunately made a lot of enemies -- different police agencies, and now leaking out this type of information, I anticipate that many people in the underworld would be very upset with you. Are you concerned about the protection of your family -- have your mother, father, sister or brother come to you and try to talk you out of or anyone that's close to you talk you out of not releasing this type of information?

A.
I've already been threatened. I've been threatened by law enforcement, I've been threatened by different federal agencies. I've already been told that I'm dead and that I would be harmed. But, all I am is who I am and I'm a man. I'm a lion, in other words I have a lion's heart. That means I never coward out. And as far as I'm concerned, if I'm dead, then nothing else matters. I'll be a dead mind, I won't be able to think, and I won't be bothered. But, if I'm alive and I missed... if I'm alive and someone I love comes up missing, people are going to die. People are going to die fast. You want a war... you Fuck with me, you Fuck with the best. I'm not scared of nobody. And that's why I'm here with you here talking and that's why my file has been opened up. It's on.

Q.
What are your plans for the future after this information is released?

A.
My plans for the future is, hopefully a congressional hearing would be called and supposedly its going to be called so that we can resolve the problems in sports and we can reform scholastics and that we can try to sit here and solve some of the problems dealing with the prison systems and dealing with the fact that people are coming home. And when they come home, are you willing to risk your family to be the next victim of a person that you didn't want to give a chance to rehabilitate himself while he was incarcerated. So I'm hoping that those are the things that will happen. I'm looking for society to get involved and realize how tore up the system is and that they start putting together some reform themselves and that they quit just relying on a voted official to handle it, and start taking some responsibilities themselves.

We're so dependent on other people. We couldn't wait to get the remote control so that we wouldn't have to get up off the couch to turn the television. We couldn't wait to get power locks because instead of lifting up our hand 7 inches and pulling the lock up, we want to move only 2 inches and hit a button and pop the lock up. We're so lazy, we can't wait for something to come and take the place of our movement. Computers, we don't have to think no more. We don't have to look at the keyboard. All we got to do is use a little mouse and roll an arrow to a box and press a button on a mouse. We don't have to type no more practically. In other words I'm saying, we're looking for something to do the work for us. And that's why we're becoming lost. That's why this government is running away without us. That's why communist government is starting to structure in the United States.

Q.
Based on beginning on the first part of this testimony, leading up to the congressional hearings. I've seen varies that contradicts a previous statement and you seem to be borderline a hypocrite in the fact that you gloated earlier, that you would sit back and watch on your big screen television the 1996 Olympics. You sat here and gloated and now you're talking about what you would like for a congressional hearing.

A.
Yeah. A congressional hearing so that we can reform sports so that things can get better. I didn't say so I can sit there and tell who my people were. I'm going to go to those congressional hearings if they're held, and I'm going to go back and watch my people run on T.V. And I'm going to enjoy every bit of it. I didn't say nothing about telling them who my people are, or how to get them. I just want to give information on how we can structure this system to work. And that means as far as I think that we shouldn't be challenging our students to an education. We shouldn't sit there and have people do good grades and all of a sudden when they get a bad grade, sit there and say, hey, we got one. Let's kick him out of school. Alright! No. We should not challenge our people to an education, we should try to give an education. Its bad enough as it is as people are intimidated. But when they do come in and try to tempt to get their education, we shouldn't challenge them to it. We should try to give. That's what I'm talking about and that is true reform.

Q.
After these files are released to the public, do you anticipate on releasing more information because I gather that a young man like yourself that has been in many circles, that you have a wealth of information that is not going to be all released in this particular file that is due to be released. Will you release another book or other tapes of that nature? What are your plans in the future along the lines of publication, distributing other information?

140

A.
Like, as you probably know now, after meeting me. I don't need the money. And its not about the money. Its about the information. And I don't have no plans of doing no books, because that means that I have plans to profit. What I want to do is talk. And I want to talk to the people's elected officials who say that they swear to make a difference. And I want to get with them and make a difference. That doesn't require a book -- that requires information being exchanged and that requires hearings and bills and passing a law. And that's what I look forward to. I don't look forward to doing no book. But you're right. I am holding back a lot of information right now and I'm just touching bases with a lot of things producing evidence to back it so that we know that there is a fire burning. And its not just a spark, its a fire burning. If I was to open up the doors and make a file into files, then I would probably be dead. There would be no doubt about it. Even though the people who did it would get caught, they would have to make me an example. I'm not going to go that far. But I'm going to let people know that I'm angry. When I get angry, I'm gonna "roar" and I'm going to stand and I'm going to fight.

Q.
But why tease the public with a little information, since you seem to be a warrior -- you have a motto "Fight Fire With Fire.". Why not release it all?

A.
Because I'll probably get a lazy public and if they get everything, that makes it too easy. The minds have to be excited. I need their minds to be stimulated. I need for them to get a little bit and I need their mind's to get used to grasping for more information. And it gradually coming out would be enough to get their interest, to get them used to thinking again and get them used to wanting to think again and looking forward to new information and comparing it to things that are happening in their life. This is strategy that I have selected and its one that I am going to use.

Q.
Strategy! In speaking of strategy and speaking of previous statements that you have made, what do you.... how could I phrase this? What is your view of the political arena today, in the context that as you say, many of the politicians come from colleges and universities and they are alumnus, they went to that particular university, they give money to that particular university. Are you speaking through innuendo that many of the politicians today, that are funding these different programs have a "hands on" if you will action with the coach and the players and are paying them to perform, or not to perform?

A.
Yeah. Its big business. Its all about big business. The big business involved is when you sit there and buy, say a hot dog from a hot dog stand. I mean, you got Nebraska

141

and Nebraska has had a "sell out" crowd for how many years now? How many straight games now? Okay, with that many people in the stadium and everyone buying a hot dog, every game is a home game and they probably average six home games a year, you're probably looking at approximately, maybe a million hot dogs being sold. Don't you think that's big business who gets that hot dog contract? Don't you think its big business who wholesales those hot dogs to the vendor? Its big business. People becoming millionaires overnight through these different decisions that are being made. So there is definitely politics in sports and the big politicians have their hands in it because they are the law makers -- they are the ones who passed these laws that make the difference. And if you try to fight them, then all of a sudden you are going to hear of the FDA coming up with some kind of a new standard for meat or packaging. Something that will call the company that is packing the meat to have to spend another three million dollars to upgrade and maybe they can't afford them. Maybe they're going to need another government loan which now the government controls them. So, its big politics, its the domino affect. I've watched it .... I've seen it happen. I heard about it before they happen. But you know what? You haven't asked the question, but then again I'm not going to wait for you to ask this question, since we're talking about how the government has its hands involved with things. Right now I want to touch bases on the L.A. Riot.

Let's talk about politics now. This may get kind of deep for you but I want you to follow along. The L.A. Riots was controlled. The L.A. Riots were set up to happen before it ever happened. And what made it dangerous is that I knew it was going to happen before it happened. Through my legal correspondence in prison, which legal mail cannot be opened and read, except opened in front of the inmate, and that's just a search for contraband, I was able to know that the riots were going to happen before they happened. And that the riots were happening for the purpose of real estate game. What they wanted to have happen was ..... and it made me sick to my stomach to hear this white man tell me this...' because he was talking about my people. I mean, I'm pro black, okay? There's nothing wrong with anyone being pro-race and being proud of their race, but the thing is you have to love the human race and that's my standard. But to hear this man preach so much hate was unreal, but let me tell you this man's philosophy. Should I let you know that this is a very powerful businessman in Los Angeles and this is a businessman that is in the strong hand corner of many politicians in Los Angeles involved with real estate and insurance. And that was that the riots were meant to happen. They wanted the riots to burn, they wanted destruction to happen, they wanted companies to be tore apart and that's why they allowed the destruction to go on for so long. The reason why they wanted it to go on for so long is that property would be damaged, knowing that once they come in and stop the riots, that they were going to sit there and take a year or so before they were going to allow people to reopen their businesses. Now, think about it. You have a location... a nice size location which the rent may be let's say, $20,000 a month. Now, how can you continue to pay your rent of $20,000 a month when you're

142

not open for business? So what eventually happens? Foreclosure, business closing down, can't pay off the loans, who re-gets the land? Who is eligible for the land? Who's already made a deal to get that land? It was nothing but a big conspiracy. And then what's going to happen in the next phase is... nicer buildings that come in. Price of real estate goes up. Cost of living goes up with that. However, employment and wages are going down. It's nothing but a domino effect. And all you got to do is get the numbers in front of you and use common sense, and then you'll see it. And it was really sickening to me to see it happen and to know why it was happening. And all I can remember is, one white man's laugh echoing in my ear. Because he enjoyed it. And he is also a very, very wealthy man. He's wealthier than most organized crime people I've dealt with. Now that's a shame. What he did is shameful.

Q.
Give us some information Desmond, if you could, about your service in the United States Army.

A.
I see you've done your research. You've caught me off guard on this one. I didn't think you knew about that. But, yeah. I hate to say it because this government isn't my best friend, but I did enlist in the military. That happened because of me suing my agent that misrepresented me in my first contract I signed with Canada and while I was suing him, my attorney, Michael D. Wax, out of Carson, advised me that I needed to do something that would take approximately four years of my life. Since it would probably take about four years to get any money from my agent. So I took a test for the military. I came two points away from making it into Warrant Officer's School to fly helicopters and instead of waiting three months to take the test over again, the army offered me $5,000 again to go right in, so I went in.

Now, do you want to hear another funny thing... this is the first time. This is another example of how my work has infiltrated the government. I didn't go three years at Purdue University. However, my transcripts that were subscribed to the military showed me going three years at Purdue University which allowed me to go in not as E-1, not as an E-2, but I went as a Pvt. 1st Class E-3, because I had three years of college behind me, which meant that I was one year away from going back to school to get my degree and to become an officer in the United States Military -- Desmond Michael Moreland -- a graduate. I guess I would've won that time. The military is really fucked up and the military is what sent me to my organized crime. They are the ones who caused me to eventually break into the underworld. How that happened is, I go into the military with great intentions, like I went in... okay, I didn't get drafted or forced in... I went in and I did very well. I did well in my books and I did well as a soldier, because of my athletic ability, I was a very good soldier. I was very aggressive and then the next thing I knew I got cleared to go into the NFL draft. As you can see and you will notice if records will prevail, you will see that I went into the

143

military at the end of 1986. I was in NFL draft in 1988. Okay? So there was a period in between there.... oh, I'm sorry, I went into the military in 1987. While I was in the military I got cleared to go into the NFL draft. All military's have what they call an "entry level separation." They don't make this known because they really don't want people to know about it. But it is an option that you have. Your first six months in the military you're not given full benefits, because it is like a trial period. At any given time in that six months you can go to your commanding officer and tell him that I am not made out to be in the military, and I would request an "entry level separation." At that time you would be sent to the Military Jag, which is the military lawyers and at that time you would sit down and they would advise you of your rights in which you are about to go into a procedure, at which time then you would sign a discharge paper which has an execution of 72 hours, for which at that time you would be departed and flown home from your base.

I signed three entry level separations over a three week period, that is 21 days. Now remember, every time you sign one, you're supposed to be going in 72 hours. Well I stayed in three weeks and signed three entry level separations. Now, I have a foot problem, okay? I was inherited and passed down to me, the loving genes of the Carrington's and that is bunions. Okay, bunions on your big foot. When you go through your physical down at the Med Station to go into the Military. When they see those, they usually immediately say that you're not qualified for the purposes that their boots can cause foot problems at which time you cannot be a soldier because you're required to wear boots. Well if I went to the Military Hospital, when he saw my bunions, he said, I don't know how you got past physical and he said that you have to go and gave me a medical discharge and said in 72 hours I'd be out of there and wished me luck. But I was there two weeks after that again. My discharge was torn up. At this time things were getting kind of hectic. Now they are starting a war with me and I take on the United States government if I have to. At that time, we had M-16 practice that day where we practiced loading the M-16 and breaking it down. Where they give you dummy bullets to do that drill with. So all that day I was around these weapons with these dummy bullets. At the end of the day, I called one of my sergeants near me and I said, you know what, you guys are really fucking with me. He said, what are you talking about? I said you know I'm getting sick of this shit. I said, you know, better yet, today we had a ball loading those weapons didn't we? He said, yeah. I said here you go and he opened his hand up and I dropped some live M-16 bullets in his hand. There was nothing to be said, because he was dead already. He was just living on borrowed time. At that time I was sent to he mental hospital in which they evaluated me and said this guy's under stress and that he is not fit to be in the military and I was given the 72-hour release again for mental purposes. I was still there. They would not let me go. Harassment. What did I do to earn this? The government is not there to harass you, they are there to execute the rules by the law. When they started to break and bend the laws, then they are just as guilty as I am. Just as guilty as a parent is for harassing his child to prompt him to do something, the

144

government has the same responsibility to its society.

So eventually what happened was, one night I overheard my sergeant's talking inside the orderly room, which is like the room where they keep the weapons in the offices for your particular battalion. They didn't know I was in one of the back offices and I overheard them talking about hey, where is Private Moreland at? Is he in Leavenworth yet? Leavenworth is the military prison. The other sergeant said, "No, he's not there yet, maybe in a couple more days." I'm like, what have I done to go to military prison? So then I knew it was a set up. So what do I do? What can a black man do? Run! So I was on the next flight out of there and I stayed gone for 30 days at which time all my paperwork would be transferred to another base in which they would handle my discharge in this case it was Ft. Ord, California. That brought me under another chain of command in which I was no longer under the harassment of the officers that kept tearing up my discharges. And then, at that time, I was able to successfully to handle my discharges.

Q.
I'd like to go back for a minute to the USC controversy. Did you ever have any dealings with Coach Robinson?

A.
Why would you ask that? I'll tell you, listen. Cover your mike for a minute........ (PAUSE)

Q.
Okay. I see. Going along those same lines of analyzing college sports. We know now today that women's sports are growing rapidly. Especially the Women's NCAA Finals. Did you ever have any connections with the women's NCAA Basketball Finals?

A.
I'm not going to expose this on women, but I say through the people that I have started in the universities for basketball reasons, within the last couple of years, I would say at least ten of my people made it within the final 16.

Q.
Desmond, now that you are going about organizing the documents and the information that you have, over the period that you have been dealing with this underworld organization, have you had any experience where your people were exposed or they were heavily investigated, or your people were about to be exposed?

A.
You know what? That's funny, yeah I was at one time. And that was when Detective

145

Shane Garcia, I believe it was, with the Los Angeles Bunco Department, when he came to arrest me on a warrant stemming from my insurance case, my insurance company case, I had my computer and stuff set up at my grandmother's residence in Los Angeles and my grandmother comes upstairs and says, "Desmond, Desmond, the police are downstairs." I said, "Listen, grandma, don't open the door because I'm not a registered tenant at this house." Meaning that I'm not in the computer at DMV as residing at this residence, so they cannot get a search warrant for this house. You don't have to open the door. I just had a sense that my grandmother was weak -- you know, I don't expect her to be strong standing up against law enforcement, but the thing was I had a disk in the computer and this disk maintained records of all my accounts. This disk contained everything -- money, location, athletes, games and bets, and I grabbed this disk and I go up into the attic and I mean the detective, if he was such a detective, he should have known I had plenty of time to hide, why wouldn't I close the attic door all the way. But he took it as I was hiding and when he busted me, I'm like, oh, man, he really got me. And all that was so that he wouldn't go into the attic to search any further. And there was a disk that I laid in that attic that stayed in there all the while I was incarcerated that maintained all evidence of money, and transactions. And that was the closest I ever came. I mean, that was close.

Q.
Do you believe that now some of your connections that some of those people will look at what you've done in regards to billing some secret documents and information. Do you believe that there will be an influx now of people who are involved in this type of criminal activity that will go about writing books and speaking to different journalists and different news organizations and giving out this information. Do you believe that you have opened up the gate and been somewhat of a martyr in a sense of bringing this information to life?

A.
That's what I'm hoping. In this case right here dealing with NCAA and the athletics. There's no news happening. So negative news is good news. Anything is going to get the people talking, and if it has to come out through a way of dirt, then let that be the case. The thing is that once it gets out there, people have to get to talking. Okay, I don't care if they're arguing at first, as long as that -- that's a start and that's what I'm hoping to spark and if I spark that then it was all worthwhile.

Q.
What are your plans for the future?

A.
My plans for the future is to watch my nephew grow up and if I die before then, then I wish him to grow up. My plans for the future? Is that my life is over. I'm capsizing. This is the period of my life -- the dark side is through -- that has been my life. That

146

has been all my life's years. Now, all I have is experience and knowledge and that's what I'm giving now. I think I want to have a baby, I think I want to have a family. I think that I'm showing now that I want to love... love people, care about people's lives. That's what I want to do and that's what I'm going to try to do.

Q.
Bearing in mind, not to compare this, I'll make a general comparison. However, the closest thing that comes to mind is that many young men that are living a particular lifestyle, let's say for instance, the drug lifestyle... at a certain point they get so big in the game that some people for one reason or another, do not want to stop associating that person, that face, that lifestyle with them, even though they have told everyone that its over with. Do you believe that you can go on and live and have a child, a wife, live that family life, be the great uncle that you desire to be. Do you believe that you can get up out of the situation, or not necessarily get up out of the situation, but, cut the ties that you have without the people being nervous about you releasing more information in the future?

A.
No. You asked me things I want to do. I told you things that I want to do. I didn't mention that I wanted to change. And I don't want people to forget me for who I am and what I am and what I have done. Because sooner they forget, the sooner that image dies. As long as that image stands of what I represent, then it stays alive in people's minds and that would be the politician's minds, that'd be the policy-makers eyes, and that's what means something. And that's what I want to happen. No, I don't want to be forgotten. I want to be thought about forever.

Q.
Desmond, you had mentioned to me previously off the record that you had two coaches at Carson High School that were very influential in your life. The former coach of Carson High School, Gene Vollnogle, and the defensive back coach, Dilmore. Could you elaborate on the things that these coaches taught you on and off the field that have helped you to become the man that you are today?

A.
Carson High School, for anybody that is familiar with Los Angeles area, mainly back in the 80's, 70's, was the best high school in the state. And to those who rate high schools, one of the best high schools in the country. And you can only be that high school in football by winning. And the only way your team can win at that level is to have a coach that instills in you -- winning. And my coaches instilled in me to win, and then I capitalized that by saying, yeah coach, by any means necessary. That's what they meant to me. They meant win, they meant by any means necessary. And that's what they meant to me -- winning -- and that's what I do.

147

Q.
Winning at any cost?

A.
Yeah. At any cost. And in these last few years, or last four years, it has been at the cost to people that bet on games, billions of dollars. Billions!

Q.
It would be highly improper of me not to ask you a question about the O.J. Simpson Hearings, knowing that you signed a Letter of Intent, fresh out of high school for USC, but before I get into that I would like to know what is the science behind the cover of your book in relation to the O.J. Simpson Trial?

A.
Its obvious if you look at it, its my left hand. The glove -- it doesn't fit. The glove just doesn't fit.

Q.
That's radical. That's very radical. Now I'd like to know specifically, what do you think about the legal aspect, knowing that you, yourself defended yourself in a court hearing, what is your perspective about the defense attorneys, the prosecution, what is your view about the overall case?

A.
I think that the defense attorneys represent what America's all about. And that is, you have a right to fight. That is something that we are all forgetting in this United States. I think the prosecution represents truly what is eating America up right now. They represent commonness, they represent you are guilty before you are proven guilty. I heard Gill Garrsetti go on live television, I believe that he did this Thursday morning, and he goes on television and sits there and says that he thinks that it is unfair for people to have so much money to fight their own defense. Now, what kind of comment is that? How can you say that if a man has a million dollars, he can't spend a million dollars for his defense to fight for his freedom? That is unreal. And this is coming from a man that represents a D.A.'s office that probably has a five million dollar budget who has access to all police files and investigators and helicopters, squad cars, maybe 10,000 employees -- and he's going to sit here and say, a man can't fight his case for a million dollars. That is unreal! And another thing is that they sit here and prove this man guilty before he even has a chance to defend himself. That is something else beyond the means that shows that the American Dream is shattered. Right there, on television, when you sit there and see these talk shows, mainly Geraldo, I can't believe this guy. Let me tell you something, I would go to jail if I was ever in the presence of Geraldo. If the government ever wanted to set me up,

148

all they'd have to do is put me in the same room with Geraldo, because I would knock the shit out of him, just for him being the loser that he is. I wouldn't hate him. After I knocked the shit out of him I'd pick him up and hold him and say boys are boys and I'd say hey man why can't you just act like we can be good friends? I don't hate him. But I'm just saying, that he is really a sell out and he can't wait to prove someone guilty before they have the chance to defend themselves. They say the facts are overwhelming, well, let them lie. Let them play themselves out and then if he's guilty, then you have every right to say he's guilty. But there's been too many cases that have come back and won on appeal. Why did they win on appeal? Because there wasn't enough evidence to prove a person did a crime. But why did the person have to file an appeal to begin with? Because they were found guilty. So what I'm trying to say is that being found guilty doesn't even mean nothing any more. Its the evidence that is available. And if the certain evidence isn't available, you can be found guilty. And when the evidence is found, it can prove you innocent. So why pass judgement? We all have time. That's all we have. This world has been here for millions of years and its going to be here tomorrow, so if this man is guilty, let it happen. If he's not, then that would happen. But you should feel real stupid to pass judgement because when you get in that same position, believe me, you're going to beg the world not to pass judgement on you and they'll listen to you and that this isn't fair, and that you're going to cry in your little cell at night like a little punk. Fuck the D.A.'s office and fuck Marsha Clark. And that sell out Christopher Darden. I hope someone beats his kids up at school. At least that's what my father says.

Q.
And this concludes Segment II of our interview with Desmond Moreland. I would like to thank you Mr. Moreland for the interview.

A.
I thank you. No problem.

Q.
My name is Jamiel Shabazz and on behalf of Smiley's Bookstore Company, this is the end of our interview on the **Secret Underworld File of Desmond Michael Moreland.**

# EXHIBITS

150

*Comment from Mitchell Bowles, Sr. :*

*Basically, these types of things have always been going on, quotes Mitch, a former scholarship basketball player to the University of Oklahoma. We had a situation in Oklahoma where a gay French professor would pass all of us black athletes with five hour credits, as long as one of our affiliates would tend to his needs, and that these situations could be done away with if we do what we should have been doing all along -- and that is paying the athletes.*

*"I want to tell my son that I love him very much and I wish you the very best."*

*His son is Mitch Bowles, Jr., who just signed a scholarship with the University of Kansas football team.*




152

EXHIBIT 1

UNIVERSITY OF SOUTHERN CALIFORNIA
GRADUATION DEPARTMENT - DEGREE REQUIREMENT SUMMARY

Name [illegible]
(as it will appear on diploma)

SS # ____ Expected Graduation Date 12/4/89

Degree AB Major SHIS Minor/Cert. —

✓ Admission requirement met.

____ Admission into your dept./school is required. Admission comments on the transcript indicate:

Statement of degree requirements not fully completed. Courses for which you are registered in the semester are indicated by I.P. (In-process). These courses are considered shortages until your grades are recorded.

- Comp 101A and 101B grades need to be cleared (showing "N" to clear this up you need to contact Freshman Writing Department first ext. 5672)

- Natural Science List "B"
- Aesthetic App. Literature ✓ [illegible] now. [illegible]

- HIST: 4 units upper division within the "United States" emphasis
  12 units upper division electives

- Overall GPA is 1.91 (C average = 2.0) or -7.60 (C average = 0.0)
- Major GPA is 2.12 ( " " ) or +1.80 ( " " )

(You need a "C" average or better in both GPA's to graduate)

Needs
[illegible] B. Science
Group
Hist. (4) elect.
43t (4) Elect
43t (4) Elect

Spring 90
✓ Hist 350 — (4) 10. [illegible]
✓ Drama 200 — (4) Lit

Total units completed 99 Units in progress 8
Units required for degree 128 Units to be met 29

We have the following transferred coursework on file from the Admission Evaluation Office:

| School | Attendance Dates | Units Accepted |
|---|---|---|
| Santa Monica College | 6/87 - 8/87 | 9 |
| Los Angeles Southwest College | 6/88 - 8/88 | 4 |

☐ Please obtain memo from department for allocation of transfer work toward required major courses.
If you have transfer work that is not listed here, please call the Admission Evaluation Office at 213-743-6741 or check with Admissions in the SAS Lobby.

Graduation Counselor: David Robinson (mlr) Date 1/29/90

153

OFFICE OF THE REGISTRAR
UNIVERSITY PARK, LOS ANGELES, CA 90089-0912

ACADEMIC TRANSCRIPT

| STUDENT NAME | STUDENT NUMBER | DATE | PAGE |
|---|---|---|---|
| Holt, Leroy | | 01-16-91 | 1 of 3 |

**NOTE: THIS IS AN UNOFFICIAL TRANSCRIPT FOR ADVISEMENT PURPOSES ONLY.**

## Program of Study

| | |
|---|---|
| 08-25-88 Bachelor of Arts | Social Sciences and Communication (History) |
| 09-04-87 Bachelor of Science | Public Administration |
| 08-26-86 Bachelor of Arts | Undeclared |
| 07-30-85 Bachelor of Arts | Freshman Access Program |

## Transfer Detail Information

Undergraduate Units Attempted: 13.00 Earned: 13.00 Available: 13.00 Grade Points: 32.00 GPA: 2.46

Santa Monica College Begin: 06/01/87 End: 08/01/87 Units Available: 9.00

Los Angeles Southwest College Begin: 06/01/88 End: 08/01/88 Units Available: 4.00

## USC Cumulative Totals

Undergraduate Units Attempted: 114.0 Earned: 98.0 Available: 90.0 GPA Units: 92.0 Grade Points: 176.4 GPA: 1.91

## Fall Semester 1985 (09-02-85 to 12-20-85)

| | | | | |
|---|---|---|---|---|
| 41504 COMP-101A | N | 4.0 | Expository Writing | |
| 26216 EASC-499 | NG P | 2.0 | Special Topics | Correction of administrative error |
| 38009 ENGL-100B | CR | 2.0 | College Study Techniques | |
| 62223 PHED-160A | A | 1.0 | Freshman Athletics (Men) | |
| 70040 REL-320Gg | W | 0.0 | New Testament Literature and History | |
| 72005 SOCI-200Gg | D+ | 4.0 | Introduction to Sociology | |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Academic Probation 1-17-86; CODE 31. |
|---|---|---|---|---|---|
| 13.0 | 13.0 | 5.0 | 9.2 | 1.84 | |

## Spring Semester 1986 (01-13-86 to 05-09-86)

| | | | | |
|---|---|---|---|---|
| 25440 DRAM-195 | D | 4.0 | Theater on Film | |
| 38009 ENGL-100A | IN CR | 2.0 | College Study Techniques | Completed incomplete |
| 54000 MUHL-100Gxg | D | 4.0 | Jazz, Ragtime, and Blues | |
| 62206 PHED-160A | A | 1.0 | Freshman Athletics (Men) | |
| 62269 PHED-250 | C- | 2.0 | History of Physical Education in the United States | |
| 69005 PUAD-220G | W | 0.0 | Course title not found. | |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Academic Probation Continued 11-13-86: AS OF 6-1-86: CODE 11. |
|---|---|---|---|---|---|
| 13.0 | 13.0 | 11.0 | 15.4 | 1.40 | |

## Summer Semester 1986 (05-12-86 to 08-15-86)

| | | | |
|---|---|---|---|
| 54650 MUPF-486 | B | 2.0 | Record Production Management |
| 62066 PHED-320A | A | 2.0 | Field Work in Recreation I |
| 62068 PHED-320B | A- | 2.0 | Field Work in Recreation I |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Academic Probation Removed |
|---|---|---|---|---|---|
| 6.0 | 6.0 | 6.0 | 21.4 | 3.56 | |

154

EXHIBIT 2 - PART 2

OFFICE OF THE REGISTRAR
UNIVERSITY PARK, LOS ANGELES, CA 90089-0912

ACADEMIC TRANSCRIPT

| STUDENT NAME | STUDENT NUMBER | DATE | PAGE |
|---|---|---|---|
| Holt, Leroy. | | 11-16-91 | 1 of 1 |

**NOTE: THIS IS AN UNOFFICIAL TRANSCRIPT FOR ADVISEMENT PURPOSES ONLY.**

---

Fall Semester 1986 (09-02-86 to 12-19-86)

| | | | | |
|---|---|---|---|---|
| 10308 | ANTH-201Gq | F | 4.0 | Introduction to Social Anthropology |
| 50215 | MATH-107xx | NC | 4.0 | Basic Mathematical Skills |
| 62149 | PHED-165A | A | 1.0 | Varsity Athletics (Men) |
| 70608 | SLL-120 | D- | 4.0 | Elementary Russian I |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Academic Probation |
|---|---|---|---|---|---|
| 13.0 | 5.0 | 9.0 | 6.8 | 0.75 | |

---

Spring Semester 1987 (01-12-87 to 05-08-87)

| | | | | |
|---|---|---|---|---|
| 12032 | BISC-102XGxg | W | 0.0 | Humans and Their Environment |
| 40825 | COMP-1C18 | N | 4.0 | Expository Writing |
| 62231 | PHED-165AM | A | 1.0 | Course title not found. |
| 69005 | PUAD-220G | F | 4.0 | Course title not found. |
| 70623 | SLL-150 | C | 4.0 | Elementary Russian II |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Academic Disqualification; Retention Semester Available |
|---|---|---|---|---|---|
| 13.0 | 9.0 | 9.0 | 12.0 | 1.33 | |

---

Fall Semester 1987 (09-01-87 to 12-21-87)

| | | | | |
|---|---|---|---|---|
| 47410 | JS-211g | W | 0.0 | The Holocaust |
| 61320 | PHIL-101g | C- | 4.0 | Introduction to Philosophy: Modern |
| 69037 | PUAD-345 | B- | 4.0 | Vice and Narcotics Control |
| 70642 | SLL-220 | D | 4.0 | Intermediate Russian I |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Retention Unsuccessful; Readmission Required |
|---|---|---|---|---|---|
| 12.0 | 12.0 | 12.0 | 21.6 | 1.80 | |

---

Fall Semester 1988 (09-06-88 to 12-22-88)

| | | | | |
|---|---|---|---|---|
| 43330 | GERM-270x | B- | 4.0 | Germanic Mythology: Gods, Magicians, & Dragons |
| 45521 | HIST-105g | C | 4.0 | Korea: The Bridge of East Asia |
| 45530 | HIST-250g | C- | 4.0 | History of the Black American |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Continued on Readmission Contract |
|---|---|---|---|---|---|
| 12.0 | 12.0 | 12.0 | 25.6 | 2.13 | |

---

Spring Semester 1989 (01-11-89 to 05-11-89)

| | | | | |
|---|---|---|---|---|
| 28000 | EDCO-100xg | A- | 4.0 | Ethical Approaches to Self-Development |
| 42017 | GEOG-331 | C | 4.0 | Geography of the United States and Canada |

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Continued on Readmission Contract |
|---|---|---|---|---|---|
| 8.0 | 8.0 | 8.0 | 22.8 | 2.85 | |

155

OFFICE OF THE REGISTRAR
UNIVERSITY PARK, LOS ANGELES, CA 90089-0912

| STUDENT NAME | STUDENT NUMBER | DATE | PAGE |
|---|---|---|---|
| Holt, Lacoy. | | 01-16-91 | 3 of 3 |

**NOTE: THIS IS AN UNOFFICIAL TRANSCRIPT FOR ADVISEMENT PURPOSES ONLY.**

---

Summer Semester 1989 (05-15-89 to 08-19-89)

62062 PMED-300Lq B- 4.0 Physiology of Exercise

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Continued on Readmission Contract |
|---|---|---|---|---|---|
| 4.0 | 4.0 | 4.0 | 10.8 | 2.70 | |

---

Fall Semester 1989 (09-05-89 to 12-21-89)

42612 GEOL-107Lxg MG D 4.0 Elements of Oceanography Late grade sheet grade applied
45633 HIST-438 C 4.0 History of California
67350 POSC-485 B- 4.0 Legacy of Vietnam in America

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Continued on Readmission Contract |
|---|---|---|---|---|---|
| 12.0 | 12.0 | 12.0 | 22.8 | 1.90 | |

---

Spring Semester 1990 (01-10-90 to 05-10-90)

23444 DRAM-200xg MG 4.0 Introduction to Modern Drama
45614 HIST-350 IN C 4.0 The American Revolution and the National Experience Completed incomplete

| Term Units Attempted | Term Units Earned | Term GPA Units | Term Grade Points | Term GPA | Continued on Readmission Contract |
|---|---|---|---|---|---|
| 8.0 | 4.0 | 4.0 | 8.0 | 2.00 | |

--- Comments ---

Admissions Comments
9-85: REGULAR STANDING IN L.A.S. OBJ: AB (FAP). 8-86 OBJ: AB (UNDL). 9-4-87 REG STNDG IN PUBLIC ADMINISTRATION. OBJ: BS (PUAD) 8-25-88 OBJ: AB (SHIS)

General Comments
1-14-88: READMISSION DENIED.--CAPP

---

--- End Of Transcript ---

156

EXHIBIT 2 - PART 4

TRANSACTION REPORT

JUL-10-95 MON 03:12

FOR: DON+L+MORELAND++ 702 452 3227

RECEIVE

| DATE | START | SENDER | PAGES | TIME | NOTE |
|---|---|---|---|---|---|
| JUL-10 | 03:10 | 213 237 7197 | 2 | 2'14" | OK |

157

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

SANTA MONICA COLLEGE
Santa Monica, California [illegible]

12-MAY-99 page number

HONG, LEROY [illegible] 07-FEB-[illegible] [illegible]4338[illegible]
Student Name Birthdate Student Number

| Name | | Description | Units Attmpt | Units Compl | Grade | Note | Grade Points | Gp Bal. | GPA | Trans Code | Gen Ed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summer 1987 | | | | | | | | | | | |
| SPEECH | 1 | ELEM PUB SPK | 3.0 | 3.0 | C | | 6.0 | | | uc csu aa | A1 1C |
| | | Semester Total | 3.0 | 3.0 | | | 6.0 | [illegible] | [illegible] | | |
| Spring 1988 | | | | | | | | | | | |
| HIST | [illegible] | AFRI.AMER.HIST. | 3.0 | 0.0 | W | | 0.0 | | | uc csu aa | |
| POL SC | 3 | MODRN FAR EAST | 3.0 | 0.0 | F | | 0.0 | | | uc csu aa | |
| POL SC | 1 | AMERICAN GOVT | 3.0 | 0.0 | F | | 0.0 | | | uc csu aa | |
| | | Semester Total | 5.0 | 0.0 | | | 0.0 | -12.0 | 0.00 | | |
| Place on Academic Probation | | | | | | | | | | | |
| Lack-of-Progress Probation | | | | | | | | | | | |
| Summer 1988 | | | | | | | | | | | |
| ART | 1 | HISTORY I | 3.0 | 3.0 | A | | 12.0 | | | uc csu aa | C1 |
| | | Semester Total | 3.0 | 3.0 | | | 12.0 | 6.0 | 4.00 | | |
| Continued on Academic Probation | | | | | | | | | | | |
| Lack-of-Progress Probation | | | | | | | | | | | |
| | | Cumulative Total | [illegible] | 6.0 | | | 18.0 | -6.0 | 1.50 | | |
| | | AA Total | 12.0 | 6.0 | | | 18.0 | -6.0 | 1.50 | | |
| | | CSU Total | 12.0 | 6.0 | | | 18.0 | -6.0 | 1.50 | | |
| | | UC Total | [illegible] | 6.0 | | | 18.0 | -6.0 | 1.50 | | |

SANTA MONICA COLLEGE

End of Transcript
NOT OFFICIAL WITHOUT SIGNATURE ON REVERSE SIDE

158

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

EXHIBIT 3 - PART 2

159

# Los Angeles Times

Times Mirror Square, Los Angeles, CA 90053

## FAX TRANSMITTAL

Please deliver to: DESMOND MORELAND

Location: LAS VEGAS

Fax number: 702-452-3227

We are sending 2 pages, including this cover.

Sender: DAVID ROSENZWEIG

Phone: 1-800-LATIMES X77891

Times Editorial Fax Lines (Four-on-rotary): (213) 237-4712

TRANSACTION REPORT

JUL-07-95 FRI 14:41

FOR: DON+L+MORELAND++ 702 452 3227

RECEIVE

| DATE | START | SENDER | PAGES | TIME | NOTE |
|---|---|---|---|---|---|
| JUL-07 | 14:37 | 213 237 7974 | 5 | 5'09" | OK |

160

LAT SPORTS #2

# FAX

Date 07/07/95

Number of pages including cover sheet

TO: Mr. Desmond Moreland

Phone 702-452-6015

Fax Phone 702-452-3227

CC:

FROM: Editorial Department

Los Angeles Times

Phone 213-237-3651

Fax Phone 213-237-7876

REMARKS: ☐ Urgent ☒ For your review [ ] Reply ASAP [ ] Please Comment

5 pages

161

Desmond, I have received your latest calls. I am so sorry about this, but David Rosenzweig still is sick, and has not been in all week. As I mentioned the last time we talked, this was a week in which I was not going to be in the office because I am covering a swimming meet. So, I didn't realize until just now that David had not faxed you this information. I have just found it and here it is.

Again, I want to apologize for taking so long and making you wait. We do need to keep the original for our work. If not, we would have a problem with our attorneys. We need to show them originals so they won't think they are forged copies

Thanks! I hope all is well.

Elliott Almond

162

# SANTA MONICA COLLEGE

Santa Monica, California 90405

[illegible]-MAY-9[illegible]

page number 1

HOLT LEROY — 07-FEB-67 — 443981

Student Name — Birthdate — Student Number

| Name | | Description | Units Attmpt | Units Compl | Grade | | Grade Points | Bal | GPA | Codes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summer 1987** | | | | | | | | | | | | |
| SPEECH | 1 | ELEM PUB SPK | 3.0 | 3.0 | C | | 6.0 | | | uc csu aa | A1 | [illegible] |
| | | Semester Total | 3.0 | 3.0 | | | 6.0 | 0.0 | 2.00 | | | |
| **Spring 1988** | | | | | | | | | | | | |
| HIST | [illegible] | AFRO.AMER.HIST. | 0.0 | 3.0 | W | | 0.0 | | | uc csu aa | | |
| POL SC | 3 | MODERN FAR EAST | 3.0 | 0.0 | F | | 0.0 | | | uc csu aa | | |
| POL SC | 1 | AMERICAN GOVT** | 3.0 | 0.0 | F | | 0.0 | | | uc csu aa | | |
| | | Semester Total | 6.0 | 0.0 | | | 0.0 | -12.0 | 0.00 | | | |
| Place on Academic Probation | | | | | | | | | | | | |
| Lack-of-Progress Probation | | | | | | | | | | | | |
| **Summer 1988** | | | | | | | | | | | | |
| ART | 1 | HISTORY I | 3.0 | 3.0 | A | | 12.0 | | | uc csu aa | C1 | |
| | | Semester Total | 3.0 | 3.0 | | | 12.0 | 6.0 | 4.00 | | | |
| Continued on Academic Probation | | | | | | | | | | | | |
| Lack-of-Progress Probation | | | | | | | | | | | | |
| | | Cumulative Total | 12.0 | 6.0 | | | 18.0 | -6.0 | 1.50 | | | |
| | | AA Total | 12.0 | 6.0 | | | 18.0 | -6.0 | 1.50 | | | |
| | | CSU Total | 12.0 | 6.0 | | | 19.0 | -6.0 | 1.50 | | | |
| | | UC Total | 12.0 | 6.0 | | | 18.0 | -6.0 | 1.50 | | | |

End of Transcript

NOT OFFICIAL WITHOUT SIGNATURE ON REVERSE SIDE

163

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

[illegible]

Santa Monica College [illegible] Schools and Colleges [illegible] ment is 12 or more units [illegible] including specified courses [illegible]

1 COURSES NUMBERED [illegible]
2 MEETS STATE U.S. HISTORY REQ [illegible]
3 MEETS STATE REQUIREMENT [illegible]

EXPLANATION OF GRADES [illegible]

A – Excellent
B – Good
C – Satisfactory
D – Passing (less than satisfactory)
F – Failing
I – Incomplete (units not counted in GPA)
W – Withdrawal (units not counted in GPA)
MW – Military Withdrawal (units not counted in GPA)
CR – Credit (at least satisfactory, units not counted in GPA)
NC – No Credit (less than satisfactory, units not counted in GPA)
IP – In Progress (units not counted in GPA)
RD – Report Delayed (units not counted in GPA)

[illegible]

164

EXHIBIT 4 - PART 5

SANTA MONICA COLLEGE
1900 Pico Blvd
Santa Monica CA 90405

... is a two-year community college accredited by the Western Association of ... Santa Monica College operates on a semester calendar. Full-time enroll... units. The Associate in Arts degree is conferred for 60 units 2.0 average. ... courses

... HIGHER ARE NON-CREDIT COURSES
... HISTORY REQUIREMENT
... REQUIREMENT IN U.S., STATE AND LOCAL GOVERNMENT

EXPLANATION OF GRADES AND GRADE POINTS

| | |
|---|---|
| | 4 |
| ... Satisfactory | 3 |
| | 2 |
| ... GPA | 1 |
| ... GPA | 0 |
| ... in GPA | 0 |
| ... counted in GPA | 0 |
| ... units not counted in GPA | 0 |
| ... counted in GPA | 0 |
| ... GPA | 0 |
| | 0 |
| | 0 |

Santa Mo... has released this transcript in compliance with ... Family Educational Rights and Privacy ... information contained in ... not be released to a third party ... and college ... otherwise

MAR 17 1995

Office of Admissions and Records

[signature]

Dean of Admissions and Records

165

C6 The Daily Breeze Sunday, March 15, 1987

# Moreland pins pro ca

PREP / JC BEAT



Rob Fernas

For one reason or another, Desmond Moreland never played major college football. He had his chances. Three of them, in fact.

After graduating from Carson High in 1985, Moreland signed a letter of intent with USC. He got out of that arrangement and signed with Long Beach State. When that didn't work out, he sat out a season and signed with Purdue.

The fact he never played at any of those schools was mainly his own doing. He admits to having grade problems. But more than that, he contends the college system did not suit him.

He's hoping professional football is the answer.

Moreland, who played briefly for Harbor College last season, signed a contract Wednesday with the Edmonton Eskimos of the Canadian Football League.

Ray Newman, director of scouting for Edmonton, gave Moreland a tryout on the recommendation of Harbor assistant coach Harold Daniels, and was impressed enough with Moreland's ability as a defensive back to offer him a two-year pact.

Newman also was sympathetic to Moreland's situation.

"We know he hasn't played a lot in college," he said. "But sometimes you have to give a young man a chance.

"We signed him because I feel he needs some help. Not only as a player, but as a person. I feel he has a chance to play."

Moreland will find out if there is a place for him in the CFL sometime after May 20, when Edmonton's camp opens. If he doesn't cut it, he will be waived.

"I'm going to train extra hard," he said.

Moreland always has managed to survive on the football field.

When he was academically ineligible for his senior year at Carson, he transferred to North Torrance and helped the Saxons reach the CIF playoffs. After North was beaten in the first round, he legally transferred back to Carson for the L.A. City playoffs and helped the Colts win the 4A title.

In Harbor's opener last season (Moreland's first game in two years), he had four interceptions against Moorpark. But an ankle injury hindered him the rest of the year.

In two months, Moreland will get another chance to prove himself in Edmonton. It may be his last.

A
defe
Can
H
yeai
lar-
A
all-l
C
Coe
Orle
Clai
Jeep
Wai
mar
(Ca
N
form
was
tal l
D
liste
son.
P
dire
tant
was
Fric
A
Sou

EXHIBIT 5

166

[illegible]

## TRACK

[illegible]

## ANGEL GAME AT A GLANCE

[illegible]

## MAJOR LEAGUE LEADERS

[illegible]

## PRO FOOTBALL

[illegible]

## MODERN PENTATHLON

[illegible]

## LISTS



RICHIE ASHBURN

### SUPERSTITIOUS HITTERS

Five players and their bats

1. Richie Ashburn
2. Eddie Collins
3. Bobby Murcer
4. Frankie Frisch
5. Orlando Cepeda

*—Only on the road

LA Times

July 6 1988

167

EXHIBIT 6

# Moreland among 17 players in NFL's supplemental draft

NEW YORK (AP) — Desmond Moreland, a former player at Carson and North Torrance highs, was among 17 players who will be available in an NFL supplemental draft on Wednesday.

Long Beach State linebacker David Caylor, running back Brian Davis, who flunked out of Pittsburgh, and David Hood, a nationally ranked punter in 1986-86 at Tennessee State who did not play last season, were also eligible.

Moreland was listed as a wide receiver from Purdue, but only practiced at the school prior to the 1986 season.

Moreland played in both the L.A. City and CIF playoffs during the 1984 season. He transferred from Carson to North Torrance prior to the 1984-86 school year and helped North reach the playoff. When the Saxons were eliminated in the first round, Moreland returned to Carson — legally — and played for the Colts in their playoff games.

After graduating from Carson High in 1986, Moreland signed a letter of intent to attend USC. He later got out of that letter and signed with Long Beach State, although he didn't play there either.

After sitting out the 1986 season, he went to Purdue, attending fall practices, but didn't play a game with the team. Instead, he enrolled at Harbor College, where he played the 1986 season.

After that he signed a two-year contract with the Edmonton Eskimos of the Canadian Football League.

There are no big names on this year's list, unlike last year when Seattle selected All-American linebacker Brian Bosworth, who opted to turn pro after completing his degree requirements rather than use his final year of eligibility at Oklahoma.



Ht. 6'1"
Wt. 182
40 yd. @ 4.52
Very Agressive

Th
Can

O
All
Desmond
with a failed

C8 The Daily Breeze Sunday,

Opinion

# Moreland puts pro career hopes on CFL

PREP / JC BEAT



Rob Fernas

For one reason or another, Desmond Moreland never played major college football.

He had his chances. Three of them, in fact.

After graduating from Carson High in 1988, Moreland signed a letter of intent with USC. He got out of that arrangement and signed with Long Beach State. When that didn't work out, he sat out a season and signed with Purdue.

The fact he never played at any of those schools was mainly his own doing. He admits to having grade problems. But more than that, he contends the college system did not suit him.

He's hoping professional football is the answer. Moreland, who played briefly for Harbor ... last season, signed a contract ... the Edmonton Eski... ...tball League

him in ...

Time To m...

168

EXHIBIT 7

Tell, who he identifies is a neighbor and radio installer, purchased radio equipment from a vendor located at the Compton Mall with eight counterfeit $20 bills. The defendant further admits that the pouch that contained 16 additional counterfeit $20 bills belonged to him.

14. The defendant states that he committed the offense out of greed and in retrospect feels this greed was wrong. The defendant states that he feels being arrested and convicted of this offense has been a learning experience and will deter him from any further criminal activity.

Offense Level Computation

15. Base Offense Level: The guideline for an 18 USC 472 offense is found in Section 2B5.1 of the guidelines. This guideline prescribes a base offense level of 9. **9**

16. Specific Offense Characteristics: None. **0**

17. Adjustment for Role in the Offense: None. **0**

18. Victim Related Adjustments: None. **0**

19. Adjustment for Obstruction of Justice: Although the defendant reportedly threatened Mr. Tell, a witness in his offense, due to the fact that no police report was filed nor any legal action was taken, a two point adjustment has not been provided. **0**

20. Adjusted Offense Level: 9 **9**

21. Adjustment for Acceptance of Responsibility: The defendant has admitted his involvement in the instant offense therefore, based on Section 3E1.1 the combined adjusted offense level is reduced two levels. **-2**

22. Total Offense Level: 7 **7**

PART B. THE DEFENDANT'S CRIMINAL HISTORY

23. Record checks conducted with the following agencies reveals no prior record of arrest of convictions: The Federal Bureau of Investigation (FBI); California Bureau of Criminal Identification and Information (CII); California Law Enforcement Telecommunications System (CLETS); Los Angeles Police Department (LAPD); Los Angeles County Sheriff's Office (LASO); and the California Department of Motor Vehicles (DMV).



169

EXHIBIT 8

PART A. THE OFFENSE

Charge(s) and Conviction(s)

1. On November 20, 1989, before the Honorable Manuel L. Real, the defendant, Desmond Johnson, pleaded guilty to Count 2 of a 3-Count Indictment.

2. Count 2 of the Indictment charges a violation of 18 USC 472: Knowingly passed, uttered and published eight counterfeit $20 Federal Reserve Notes (FRNs) with the intent to defraud on October 1, 1989 in Los Angeles County.

3. Pursuant to a plea agreement, the Government will move to dismiss Counts 1 and 3 of the Indictment at the time of sentencing and agreed to recommend to the Court at the time of sentencing that the defendant receive a two point reduction in the base offense level pursuant to 3E1.1 of the sentencing guidelines.

4. Counts 1 and 3 of the Indictment, allege a violation of 18 USC 472: Possession of approximately 22 counterfeit federal reserve notes with the intent to defraud on October 1, 1989 in Los Angeles County.

Related Cases

5. None.

The Offense Conduct

6. Information pertaining to this offense was obtained from the investigative reports of the United States Department of Treasury/United States Secret Service, the Criminal Complaint, Compton Police arrest report, Indictment and the Assistant United States Attorney (AUSA) file.

7. On October 1, 1989 a police officer while working off duty security at the Compton Fashion Center was approached by a vendor and informed that two black males purchased from him a car stereo for $320. The vendor further reported that he suspected that eight of the 16 $20 bills paid to him by the black male were counterfeit at which time the officer examined the bills and subsequently found them to be counterfeit.

8. Approximately two hours later, one of the black males later identified as Stanley Tell, returned to the vendors booth to purchase additional stereo equipment with four counterfeit $20 bills. At this time the officer after having been notified by the vendor, identified himself to Mr. Tell and



170

EXHIBIT 9

U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Detention Center
[illegible]
[illegible]

Writing Office

LOS ANGELES, CA 900
PM
13 NOV
1992

Postage and Fees Paid
U.S. Department of Justice
JUS-434

Mr Desmond Johnson
Register NO 922482-012
Kern County Lerdo Facility
17635 Industrial Farm Rd
Bakersfield California 93308

M-2-1

Legal

171

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*535 N. Alameda Street*
*Los Angeles, CA 90012*

November 12, 1992

Mr. Desmond Johnson
Register No. 92482-012
Kern County, Lerdo Facility
17635 Industrial Farm Rd.
Bakersfield, California 93308

Dear Mr. Johnson:

This is in response to your request to staff member dated October 28, 1992, in which you claim the Inmate Systems Department has misplaced your legal material and personal property from the state.

Your empty envelopes were thrown into the trash can as staff did not associate them as legal mail. Once you inquired about them, they were retrieved from the trash and returned to you. You acknowledged at that time all legal material had been given to you.

Your property was returned to the State of California because it was mailed to a name other than yours. At the time of returning your property we were unaware of your alias. Institution staff contacted the State and informed them to label the property using both your name and alias. Your property will be accepted now that we are aware of your alias. As of today we have not received your property back from the State of California.

I hope this information is of assistance to you.

Sincerely,

W. H. Seifert
Warden

172

EXHIBIT 10 - PART 2

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| H-11588 | CHASE | EPRD: 10/27/92 | ASP | 650-2-321 | 76-91-12-008 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3023 (A) GANG ACTIVITY | RECRUITING GANG MEMBERS | BLDG. 650 | 12/30/91 | 1910 HRS. |

CIRCUMSTANCES

At approximately 1910 Hours, on December 30, 1991, while performing my duties as Building 650 Floor Officer, I was approached by a Confidential Inmate Informant. This inmate informed me that Inmate CHASE, H-11588, 650-2-321, was beginning to recruit other black inmates to form a black militant uprising against the white inmates in Building 650. Inmate CHASE had stated that while he was doing Federal Time, the blacks had run the show and with a militant black uprising they would do the same here. With this uprising they would then Control Building 650 and do what they wanted to do and no one would stop them.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ S. ROGERS, Correctional Officer | 12/31/91 | Fac. VI, Bldg. 650 | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| ▶ L. MUNOZ, Prog. Sgt., Fac. VI | 12/31/91 | DATE ____ LOC. ____ |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☑ SERIOUS | | | ▶ | ☐ HO ☑ SHO ☐ SC ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| ☑ CDC 115 | ▶ | | | | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

HEARING

Inmate CHASE, H-11588, acknowledges receiving a copy of this Disciplinary Report and all Supplemental Reports used at the hearing twenty-four (24) hours prior to the hearing. Subject stated he is in good health and is ready to proceed with this hearing. Subject did not request the presence of the Reporting Employee. Subject did meet the criteria for an Investigative Employee per DR 3315(D), but waived that right on December 31, 1991. Subject did not request the presence of any witnesses.

INMATE'S STATEMENT WITH PLEA: Not Guilty, "Nothing ever happened period. I talk on Political subjects but only on communism, and my federal case, this is my first time in State Prison and don't have any connections for gangs or anything like that.

FINDINGS: Found Guilty per Staff Report, and the preponderance of the Evidence. All Confidential Reports were reviewed by this Hearing Officer and it is noted that only one previously reliable source was used. It is also noted that CHASE has since returned to Facility Six Yard and therefore was apparently deemed not to be a threat to the safety of the yard. This Rules Violation Report is subsequently reduced to Administrative in the interest of justice.

DISPOSITION: Forty (40) Hours Extra Duty effective 01/08/92, to be completed by 01/31/92, assigned to Facility Six Staff. Inmate CHASE was advised of his Right to Appeal, per DR 3084.7

REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| J.A. LEEPER, Correctional Lieutenant, SHO | ▶ | 1/08/92 | 1035 P |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| ▶ | | ▶ | |

| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|
| | ▶ | 1/30/92 | |

CDC 115 (7/88)

EXHIBIT 11

Sep. 22. 1991
7:30 pm

To Captain Jerry Conklin (Internal Affairs Div.)

My name is Desmond Chase; and this is my stateme of the event that took place September 18, 1991 at the LongBeach Superior Court Building in the City of LongBea at around 11:30 AM.

It was around 10:20AM and I was being escorted from Court Room South "C" and the Honorable Judge Richard Charvet to the holding tanks. The tank in which I was put in was on the 4 floor or maybe floor 4B (which everone is the felony tank) and when facing North it is the second to the last holding tank east of the hallway.

I entered the cell filled with maybe 40 inmates. After being in the tank maybe 20 minutes I observed that there was about 8 to 10 Negros, 5 to 7 whites, 10 to 11 Mexicans and the rest of other races. There was talking, card games going on, sleeping and some as myself working on their cases or preparing for court. Then there was problems. An Black guy was harrassing a white guy. The Black guy was wrong it appeared he was trying to rob hi appeared that it had been going on prior to me entering the cell as well. The Black guy went on to hit the white guy 3 to 4 times to the head at which time the white guy yelled for help while banging on the bars.

The Holding Tank deputy responded it was deputy Merchant of Los Angeles Sherriff Department. The white guy (inmate Jeffery Dertinger BKG#2685952) was removed from the tank. While he walking out the Black guy cheap shot him again in the head and it was at that time Deputy Merchant witness the action. Because the Black guy had on an orange LA County Jail shirt among everyone else in blues it was hard for Merc to realize who's arm he seen through the cell door window. So the Black guy was removed as well.

(1.)

174

It's About 11:30AM Things in the Holding Cell are Back to normal except for some of ~~the~~ Black Guys friends still talking of what just happened there is nothing ~~[illegible]~~ uncommon happening. Then the Door open it's Deputy Merchant with About 3 other depities and chains. At that time Merchant ask or said should I say and I Quote "Everyone in here who is not Black stand up" He had to repeat it about 2 times because we the inmates didn't know how to respond to that request. All the whites and Mexican inmates are standing then two more said "us too". And Merchant responded "Yes everyone that's not black". He then took them all to another cell all left all Black inmates behind it was 9 of us. Deputy Merchant returned and chained and cuffed all 9 of us in the disciplinary position at which we were left for 7 hours. (see example A.)




None of us were able or even when we ask Merchant or other deputies denide the restroom. When 3:30pm came and the other inmate (NON-BLACK) were fead dinner, we was not. The first 3 hours everyone were in so much pain until finally everyones shoulders went num of feeling. The Bus Drivers for that day to take us back to County Jail was Deputies Steyer And Pearce. How I was able to recall them was because they ② At About 3:30pm To pick up the first Load of inmates at which time we begged them to unchain us, and they

[illegible] "[illegible] that [illegible] not the ones who [illegible] you" and then they shut the cell door. The same deputies returned at about 7pm to pick up the last load [illegible].

When we arrived at the county jail I right away requested to speak to a sergeant. Sergeant Kinle [illegible] to see us and he [illegible] a mini report and [illegible] [illegible] to do. However to further thing it was [illegible] time another inmate (Black) voiced his opinion of what Merchant and deputies did to him at the [illegible] court building after the chaining took place. He was inmate Casey Cunningan BK# 2551063.

The 9 inmates consisted of Damon Swanigan 2696-755, Shane Whitfield 2628-395, Leonard Harbor 2706-572, Eddie Andrews 2731-219, Laquaine Rogers 2677-234, Stewart Hugh 2703-734, Chester Stewart 2712-717, Kenneth Grant 2677-23[illegible] and myself Desmond Chase 2619-417

I went on to contact Internal Affairs and spoke to one Sergeant Brazil (213)974-4272

Please send a letter of responce to me and that there are 2 carbon copies to the original which is in ~~[illegible]~~ pencil and was mailed to Internal Affairs 211 W Temple St, LA CA, 92012 Attn, Cpt. Jerry Conklin - Sgt Brazil.

THANK YOU

Desmond Chase

DESMOND CHASE

(3)

176

EXHIBIT 12 - PART 3

# FOOTBALL CAMP 1994

DEFENCE OF BACK INSTRUCTIONS
LEARN FROM THE BEST
DESMOND MORELAND



Moreland among 17 players in NFL's supplemental draft

NEW YORK (AP) — Desmond Moreland, a former player at Carson and North Torrance highs, was among 17 players who will be available in NFL supplemental draft Wednesday.

One athlete's sto... 'All I saw was foot...'

Desmond Moreland's odyssey be...

"I'm going to train extra hard," he said. Moreland always has managed to survive the football field.

In Harbor's opener last season (Moreland's first game in two years), he had four interceptions against Moorpark...

Considered one of the best cornerbacks in Southern California, Moreland was ineligible to play for Carson the first 10 weeks of the season

Moreland's travels lead to a new start

By Tom Kubat
Journal and Courier

Desmond Moreland's road to Purdue wasn't paved, and it certainly wasn't straight.

School 30-29 in the title game. Moreland's assignment was to shadow Banning quarterback Jamelle Holieway, who went on to lead Oklahoma to a mythical national championship last season.

DESMOND MORELAND: He thinks every night about playing football at Purdue next year.

quicker read and react quicker."

Moreland no longer finds it difficult to imagine himself in the starting lineup when Purdue opens the 1988 season Sept. 13 in Ross-Ade Stadium against Ball State.

Moreland's pro career hopes on CFL

Opinion

PREP / JC

For one reason or another, Desmond Moreland never played major college football. He had his chances...

PRO FOOTBALL

NFL SUPPLEMENTAL DRAFT LIST

Davis Hood (Tennessee St.) punter; Brian Davis (Pittsburgh), running back; Desmond Moreland (Purdue), wide receiver; Ian Howfield (Tennessee), kicker; David Caylor (CS Long Beach), linebacker; Melvin Ford (Bethune-Cookman), tight end ...

# CLASSES ARE 5HRS. LONG

WILL MEET EVERY SUNDAY
IF YOU WANT TO GO TO COLLEGE OR
STRAIGHT TO THE PROS

177

*Being out of prison only three months, Desmond had already started "Football Camp 1994."*
*A camp such as this he had used to recruit potential athletes to plant in colleges to control games.*

# Two from Eldorado trying to move up

## Coach Moreland wants NFL shot

By Bill Uesse

[illegible]

There's a man in Las Vegas [illegible] hasn't played football since high school, and he says he's the [illegible] best man-to-man [illegible] player on planet Earth.

He [illegible] to Deion Sanders.

[illegible] believe he's better than Rod Woodson.

The first part makes sense, [illegible] with "Prime Time" [illegible] NFL Defensive Player of the Year honors in only 13 games with the 49ers this season.

The second part is obviously [illegible], seeing as Woodson is the man Sanders dethroned as [illegible] of the year and that the [illegible] star was a member of the NFL's all-time team announced [illegible] summer.

But it is not without some – [illegible], some – credence.

Desmond Moreland, a 27-year-old unpaid assistant football coach at Eldorado High, has been on a field with Woodson. His [illegible] attempts to play college football included a spring practice session at Purdue when Woodson and longtime Houston [illegible] Chris Dishman were in the defensive backfield.

"He had made everything at [illegible] safety," Moreland said of Woodson. "With me there, they moved him to cornerback. I led spring ball in interceptions."

The words sound cocky, but Moreland is monotone, matter-of-fact. He has decided he can't watch any more zone coverage [illegible] celebrating this two [illegible] without trying to get back in the game.

"All I want is for a team to [illegible] me to camp," he said. "[illegible] I'll [illegible] what I gotta [illegible]

He backs up his Purdue assertions with articles from West Lafayette, Ind., from that spring of 1986. A close friend of Eldorado star Mitchell Bowles, he learned from a Bowles recruiting trip to Fresno State that ex-Boilermaker head man Leon Burnett is currently on the Bulldogs' staff.

Burnett backed up Moreland's claims.

"That's true," he said of Moreland's presence facilitating Woodson's move to cornerback. "We couldn't afford to move Rod if we didn't have someone with that kind of talent. With Desmond at free safety, that allowed us to move Rod and go one-on-one and cheat coverages the other way.

"There's no ands and ifs and buts about it. He had tremendous, tremendous talent at that point of his career. The only negative is, he never played for us."

So what happened?

Well, in his mind, Moreland was too good. The all-area player from Carson High near LA first committed to Southern Cal, then never attended when he found out Ted Tollner's team played zone. He was going to go to Long Beach State because they promised a man-to-man system, but found the talent level lacking.

Then he went to Purdue, but between the spring and fall of '86, found a way to his ultimate (and immediate) dream: the pros. He met one Dr. Harold Daniels over the summer, and Daniels told Moreland that if he played one game at California's Harbor College (a junior college), he could get him a contract with the Edmonton Eskimos.

"My whole thing was, I was ready for the pros," Moreland said. "That's what I trained for. I wasn't interested in going to college.

"It was a craving inside me. I was the best. Period."

He played the game at Harbor, had four interceptions, signed a contract with the Eskimos, and was to try out the following April.

"Two weeks before I'm supposed to go, FedEx pulls up to my house with a letter from the league office that says my contract is void," Moreland recalled. "I had started my (NCAA) time clock by playing spring ball at Purdue. It'd have to be four years (since he finished high school) or a hardship. It wasn't a hardship case, so they cancelled the contract."

Now Moreland was boxed out. The CFL and NFL wouldn't have him for the reasons above, but he also couldn't play college because he had signed the Eskimos contract.

"It was a Catch-22," he says now.

Moreland left the game. Now, he has decided he wants back in.

"Just showing articles from a long time ago won't do it," he admits, so he has intensified his training and called a reporter out to witness his 40-yard dash time earlier this month.

"I want to basically do it (get the scouts' attention) by having my speed be the key element," Moreland said. "Where it is now compared to when I was at Purdue, which is 4.4."

If that doesn't sound blazing for a would-be corner, keep in mind the inherent fabricating with every 40-yard time you hear from PR departments. They're generally a quarter-second too quick, according to one college track coach who recruits Las Vegas heavily.

"Ben Johnson's time was analyzed as a 4.36 (through 40) on his world-record run," Moreland points out. "If anybody is putting up numbers better than that, we've got something wrong."

There was something wrong when Moreland clicked off a 3.97 and 4.15 at the Eldorado track early this month – he was running at 35 yards. When the cones were moved back, he ran noticeably worse and recorded various 4.7s. His better times would have equated to the 4.6 range over 40.

He and his witnesses think it's enough to confirm NFL-class speed.

"Ben Johnson's 35-yard time was 3.81," said Eldorado track coach and former USFL player Elbert Gray, citing an unconfirmed split. "Desmond was witnessed at 3.97 and ran his time in a harsh rain. Desmond has what I can only describe as world-class speed."

Moreland also says he has a world-class coverage style.

"I have trained to the point where I can play man coverage by pressing the man with my back to him," he said.

Bowles, regarded as the fastest football player in Las Vegas, said Moreland blanketed him with such coverage time after time in practice last fall.

"I'm going to take your pattern from you," Moreland continues. "I come up and we're stride for stride from the beginning. We're both receivers now.

"If there's someone better than me, it'd be Deion Sanders. Possibly Rod Woodson. No one else. I don't compare my skills to people playing zone."

Yes, but will he get a chance to compare his skills to people playing in the NFL? It's a longshot, but Moreland will keep trying.

178

*As an example of Desmond's influence with the press……*
*Desmond had been released from prison just seven months prior to this article appearing in the Las Vegas Sun, Sports Column, on January 20, 1995.*

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No
COPIES SENT TO
Court ✓ ProSe

FILED
2008 FEB -8 PM 3:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

I (a) PLAINTIFFS

**Desmond Michael Moreland, Jr**

DEFENDANTS

**T. Ochoa**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Desmond Michael Moreland, Jr**
**PO Box 5002**
**Calipatria, CA 92233**
**T-24170**

ATTORNEYS (IF KNOWN)

'08 CV 0249 JAH NLS

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE February 8, 2008

~~SIGNATURE OF ATTORNEY OF RECORD~~