COPY ORIGINAL

FILED 2008 FEB -8 PM 3:53 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

Desmond Michael Moreland
*Petitioner*

Larry Scribner (Warden)
*Respondent(s)*

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

'08 CV 0249 JAH NLS

2254 1983 | FILING FEE PAID Yes I am No ✓ | IFP MOTION FILED Yes ✓ No | COPIES SENT TO Court ✓ ProSe

I, Desmond Michael Moreland, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. (no pay-number) Calipatria State Prison, PO Box 5002, Calipatria, Calif. 92233-5002

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ______

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No

   b. Rent payments, interest or dividends? ☐ Yes ☒ No

   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No

   d. Gifts or inheritances? ☐ Yes ☒ No

   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: ______

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

   ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: ______

CR

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: ______________________

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ______________________

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on SEP - 4 2007      /Desmond Moreland

*Date*      *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ -77.26 on account to his credit at the Calipatria State Prison (California) institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: N/A

9-13-07      [signature] Account Clerk II

*Date*      *Authorized Officer of Institution/Title of Officer*

REPORT ID: TS3030 .701 REPORT DATE: 09/13/07
PAGE NO: 2

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 13, 2007 THRU SEP. 13, 2007

ACCT: T24170 ACCT NAME: MORELAND, DESMOND MICHAEL J ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/18/01 CASE NUMBER: NA042601
COUNTY CODE: LA FINE AMOUNT: $ 200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 09/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.72- | 145.46 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 6.79 | 0.45 | 6.34 | 83.60 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 77.26- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701 REPORT DATE: 10/09/07
PAGE NO: 2

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU OCT. 09, 2007

ACCT: T24170 ACCT NAME: MORELAND, DESMOND MICHAEL J ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 1.19 | 5.15 | 0.00 | 6.34 | 171.43 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 165.09- |

REPORT ID: TS3030 .701 REPORT DATE: 11/07/07
PAGE NO: 2

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 07, 2007

ACCT: T24170 ACCT NAME: MORELAND, DESMOND MICHAEL J ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 6.34 | 10.31 | 6.34 | 10.31 | 4.34 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 5.97 |

:EPORT ID: TS3030 .701 REPORT DATE: 12/05/07
PAGE NO: 2

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 05, 2007

:CT: T24170 ACCT NAME: MORELAND, DESMOND MICHAEL J ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 15.23 | 7.57 | 7.66 | 278.35 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 270.69- |