PLEASE RECE⁚⁚T AND RETURN

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
2008 MAR 19 PM 3: 18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LWH DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

February 25, 2008

United States District Court
Central District of California Western Division
312 N. Spring Street
Los Angeles, CA 90012

Re: Moreland v. Ochoa, Case No. 08CV0249-JAH(NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: J. Petersen
, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF MAR 14 2008
AND ASSIGNED CASE NUMBER CV08-1749 GHK (AN)

CLERK, U.S. DISTRICT COURT

By: NATALIE LONGORIA, Deputy